UNITED STATES DISTRICT COURT

FOR THE DISTRICT O F ARIZONA


*Yudina et al.*
*v.*
*Kriss et al.*

Case No.  2:16-CV-00932-DJH


**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR
PROTECTIVE ORDER RE: DEPOSITIONS OF LARISSA YUDINA AND
OST GROUP (Dkt. 36.)**


**Exhibit A:**  Declaration of Adam C. Sherman

1   Gregory B. Collins (#023154)
2   KERCSMAR & FELTUS PLLC
    7150 East Camelback Road, Suite 285
3   Scottsdale, Arizona 85251
    (480) 421-1001
4   (480) 421-1002 fax
5   gbc@kflawaz.com

6   Adam C. Sherman (pro hac vice)
7   VORYS, SATER, SEYMOUR AND PEASE LLP
    301 East Fourth Street
8   Suite 3500, Great American Tower
    Cincinnati, Ohio  45202
9   Phone:  (513) 723-4680
    Fax:  (513) 852-8468
10  acsherman@vorys.com
11
    *Attorneys for Defendants*
12

13              UNITED STATES DISTRICT COURT

14             FOR THE DISTRICT OF ARIZONA

15
    LARISSA YUDINA, an individual;          Case No. 2:16-cv-00932-DJH
16  FELIX SATER, an individual; and OST
    GROUP, a foreign entity;
17                                          **DECLARATION OF ADAM C.**
              Plaintiffs,                   **SHERMAN IN SUPPORT OF**
18                                          **DEFENDANTS' OPPOSITION TO**
                                            **PLAINTIFFS' MOTION FOR**
19        vs.                               **PROTECTIVE ORDER RE:**
                                            **DEPOSITIONS OF LARISSA YUDINA**
20  JODY KRISS, an individual; and EAST     **AND OST GROUP (Dkt. 36.)**
    RIVER PARTNERS, LLC, a foreign
21  corporation; (posting on various websites)
22            Defendants.
23
24
25
26
27
28

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

I, Adam C. Sherman, declare and states as follows:

1.      I am over 18 years of age and, unless otherwise specified, the matters set forth herein are based upon my personal knowledge.  If called to testify, I could testify to these facts.

2.      Attached as Exhibit 1 is a true and accurate copy of the search results from the travel website www.kayak.com for a roundtrip flight from Moscow to Phoenix departing on March 6, 2017 and returning on March 8, 2017.  The least expensive itinerary resulting from that search was $681.

3.      Attached as Exhibit 2 is a true and accurate copy of the search results from the travel website www.kayak.com for a roundtrip flight from Moscow to New York City departing on March 6, 2017 and returning on March 8, 2017.  The least expensive itinerary resulting from that search was $410.

4.      Attached as Exhibit 3 is a true and accurate copy of a page from the U.S. Department of State's Website, which explains that the application fee for a business visitor visa would cost $160.

5.      Attached as Exhibit 4 is a true and accurate copy of the viewdns.info search results listing the domain names registered with the email address kyudin11@gmail.com, which include the domains that are the subject of this lawsuit.

6.      Attached as Exhibit 5 is a true and accurate copy of Larissa Yudina's and OST's Verified Responses to Defendants' First Set of Interrogatories.

7.      Attached as Exhibit 6 is a true and accurate copy of the WHOIS information regarding the registration of the domain www.jodykriss.today.

8.      Attached as Exhibit 7 is a true and accurate copy of the affidavit Konstantin Yudin provided in another case pending in Ohio.

9.      Attached as Exhibit 8 is a true and accurate copy of the WHOIS information regarding the registration of the domain www.jodykriss.com.

10.     Attached as Exhibit 9 is a true and accurate copy of the Google Maps directions between 565 Plandome Rd, Manhasset, New York 11030 to 130 Shore Road,

Keresmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

Port Washington, New York 11050, which are the business addresses provided by OST Group and Felix Sater, respectively.

FURTHER DECLARANT SAETH NAUGHT.

I declare under penalty of perjury under the laws of the United States of America and the state of Arizona that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed this 9th day of February 2017 at Cincinnati, Ohio.

_____
Adam C. Sherman, Esq.

Keesmaar & Feitus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

2

# EXHIBIT 1

Flights   More



Create a price alert

**Stops**

nonstop

1 stop    $729

2+ stops    $681

**Times**

Take-off Moscow (MOW)
Mon 4:30a – 9:30p

Take-off Phoenix (PHX)
Wed 12:30a – Thu 12:00a

Show landing times ⌄

**Airports**

Depart/Return same

Moscow

SVO: Sheremetyevo   $681

DME: Domodedovo   $796

VKO: Vnukovo   $1165

Phoenix

PHX: Sky Harbor Intl   $681

**Airlines**

Carrier | Alliance

airberlin   $3092

Austrian Airlines   $1371

British Airways   $2522

Air Europa   $3309

Alitalia   $2754

China Southern   $4206

Delta   $681

Finnair   $1227

KLM   $790

Korean Air   $2996

Lufthansa   $1171

SWISS   $1343

United   $796

Multiple airlines

Show operators

**Booking Providers**

Alitalia   $2754

British Airways   $2522

Air Europa   $3309

CheapTickets.com

China Southern   $4206

Delta   $681

eDreams   $1231

Expedia.com

Show more ⌄

More filters ⌄

---

| MOW | PHX | Mar 6 | Mar 8 | Economy | 1 | Change |
|-----|-----|-------|-------|---------|---|--------|
| 672 of 1049 flights | | Monday | Wednesday | cabin | traveler | |

Sort by:   Price   Recommended   Duration   More ⌄     Round-trip | Flight-by-flight

Best Prices on Phoenix Hotels   $100
Only on TripAdvisor—millions of reviews to help you get it right   View Deal

$100   Quality Inn Phoenix Ai... View Deal
$181   Radisson Hotel Phoe... View Deal
TripAdvisor   Ad



UNBEATABLE LOW PRICES IN LOUISVILLE
+
FREE TICKETS TO TOP ATTRACTIONS
Book Now
LOU

Compare Sites vs. KAYAK

cheapOair°   Compare

Expedia   Compare

CheapTickets°   Compare

OneTravel°   Compare

travelocity   Compare

Compare all

$681   Delta
Delta
View Deal

   5:30a SVO    11:28p PHX    27h 58m    2 stops (AMS, LAX)
   11:24a PHX    5:00p SVO    19h 36m    2 stops (LAX, AMS)

Show details   ⌁ Share
Operated by Delta, Compass DBA Delta Connection, KLM, Skywest DBA Delta Connection

$681   Delta
Delta
View Deal

   5:30a SVO    11:28p PHX    27h 58m    2 stops (AMS, LAX)
   6:38a PHX    5:00p SVO    24h 22m    2 stops (LAX, AMS)

Show details   ⌁ Share
Operated by Delta, KLM, Skywest DBA Delta Connection

$693   Delta
Delta
View Deal

   5:30a SVO    9:28p PHX    25h 58m    2 stops (AMS, LAX)
   11:24a PHX    5:00p SVO    19h 36m    2 stops (LAX, AMS)

Show details   ⌁ Share
Operated by Delta, Compass DBA Delta Connection, KLM

$693   Delta
Delta
View Deal

   5:30a SVO    9:28p PHX    25h 58m    2 stops (AMS, LAX)
   6:38a PHX    5:00p SVO    24h 22m    2 stops (LAX, AMS)

Show details   ⌁ Share
Operated by Delta, KLM

Try your search on these other sites

cheapOair°  ›  Expedia  ›  CheapTickets°  ›  OneTravel°  ›  travelocity  ›

$711   Delta
Delta
View Deal

   5:30a SVO    8:47p PHX    25h 17m    2 stops (AMS, JFK)
   11:24a PHX    5:00p SVO    19h 36m    2 stops (LAX, AMS)

Show details   ⌁ Share
Operated by Delta, Compass DBA Delta Connection, KLM

$711   Delta
Delta
View Deal

   5:30a SVO    11:30p PHX    28h 00m    2 stops (AMS, JFK)
   11:24a PHX    5:00p SVO    19h 36m    2 stops (LAX, AMS)

Show details   ⌁ Share
Operated by Delta, Compass DBA Delta Connection, KLM

$711   Delta
Delta
View Deal

   5:30a SVO    11:30p PHX    28h 00m    2 stops (AMS, JFK)
   11:24a PHX    5:00p SVO    19h 36m    2 stops (LAX, AMS)

Show details   ⌁ Share
Operated by Delta, Compass DBA Delta Connection, KLM



BEST ROOM RATES ONLINE, guaranteed. BOOK YOUR NEXT STAY ON HYATT.COM

HYATT
BOOK NOW ›



# EXHIBIT 2

Flights  More

Create a price alert

| MOW | NYC | Mar 6 | — | Mar 8 | Economy | 1 | | Change |
|---|---|---|---|---|---|---|---|---|
| | | Monday | | Wednesday | cabin | traveler | | |

**Stops**

| nonstop | $434 |
|---|---|
| 1 stop | $410 |
| 2+ stops | $427 |

**Times**

Take-off Moscow (MOW)
Mon 1:30a – Tue 12:00a

Take-off New York (NYC)
Wed 12:30a – Thu 12:00a

Show landing times ⌄

**Airports**      Show all

Depart/Return same

Moscow

| SVO: Sheremetyevo | $410 |
|---|---|
| DME: Domodedovo | $563 |
| VKO: Vnukovo | $486 |

New York

| JFK: John F Kenn... | $410 |
|---|---|
| EWR: Newark | $410 |
| LGA: LaGuardia | $427 |
| SWF: Stewart | $439 |

**Airlines**

Carrier | Alliance

| Aeroflot | $434 |
|---|---|
| airberlin | $633 |
| Air China | $1746 |
| Air Europa | |
| Air France | $431 |
| Alitalia | $1524 |
| Austrian Airlines | $1143 |
| British Airways | $2302 |
| Brussels Airlines | $1800 |
| China Eastern | $1002 |
| China Southern | $3819 |
| Czech Airlines | $3570 |
| Delta | $427 |
| EL AL | $5274 |
| Emirates | $1132 |
| Etihad Airways | $981 |
| Finnair | $999 |
| Gulf Air | $6442 |
| Icelandair | $1781 |
| KLM | $410 |
| Korean Air | $2583 |
| LOT Polish Airlines | $962 |
| Lufthansa | $1159 |
| Singapore Airlines | $13327 |
| SriLankan | $12606 |
| SWISS | $1145 |
| TAROM | $5095 |
| Turkish Airlines | $486 |
| United | $563 |
| Multiple airlines | |

Show operators

---

Sort by:  Price  Recommended  Duration  More ⌄          Round-trip | Flight-by-flight

**$435    Orbitz Flight Deals – Price Guarantee**
Plus earn 2X Orbitz Rewards on this flight for a limited time.

View Deal    $435    nonstop    View Deal

Orbitz.com                                              Ad

ORBITZ

---

| $410 KLM | KLM | | | | |
|---|---|---|---|---|---|
| | 5:30a | SVO | 1:16p | JFK | 15h 46m | 1 stop (AMS) |
| | 6:00p | EWR | 5:00p | SVO | 15h 00m | 1 stop (AMS) |
| View Deal | | | | | |
| Show details | < Share | | | Operated by KLM, Delta | |

---

| $410 KLM | KLM | | | | |
|---|---|---|---|---|---|
| | 5:30a | SVO | 1:16p | JFK | 15h 46m | 1 stop (AMS) |
| | 4:29p | JFK | 5:00p | SVO | 16h 31m | 1 stop (AMS) |
| View Deal | | | | | |
| Show details | < Share | | | Operated by KLM, Delta | |

---

| $410 KLM | KLM | | | | |
|---|---|---|---|---|---|
| | 5:30a | SVO | 3:30p | EWR | 18h 00m | 1 stop (AMS) |
| | 6:00p | EWR | 5:00p | SVO | 15h 00m | 1 stop (AMS) |
| View Deal | | | | | |
| Show details | < Share | | | Operated by KLM, Delta | |

---

| $410 KLM | KLM | | | | |
|---|---|---|---|---|---|
| | 5:30a | SVO | 3:55p | JFK | 18h 25m | 1 stop (AMS) |
| | 6:00p | EWR | 5:00p | SVO | 15h 00m | 1 stop (AMS) |
| View Deal | | | | | |
| Show details | < Share | | | Operated by KLM, Delta | |

---

**Best Prices on New York Hotels**
Only on TripAdvisor—millions of reviews to help you get it right    View Deal

TripAdvisor                                              Ad

advisor HOTELS

---

| $410 KLM | KLM | | | | |
|---|---|---|---|---|---|
| | 5:30a | SVO | 3:30p | EWR | 18h 00m | 1 stop (AMS) |
| | 4:29p | JFK | 5:00p | SVO | 16h 31m | 1 stop (AMS) |
| View Deal | | | | | |
| Show details | < Share | | | Operated by KLM, Delta | |

---

| $410 KLM | KLM | | | | |
|---|---|---|---|---|---|
| | 5:30a | SVO | 3:55p | JFK | 18h 25m | 1 stop (AMS) |
| | 4:29p | JFK | 5:00p | SVO | 16h 31m | 1 stop (AMS) |
| View Deal | | | | | |
| Show details | < Share | | | Operated by KLM, Delta | |

---

| $410 KLM | KLM | | | | |
|---|---|---|---|---|---|
| | 5:30a | SVO | 1:16p | JFK | 15h 46m | 1 stop (AMS) |



FRONTIER
COLUMBUS to LAS VEGAS
One Way From
$109
BOOK NOW

Compare Sites vs. KAYAK
cheapair        Compare
Vegas.com       Compare
CheapTickets    Compare
OneTravel       Compare
travelocity     Compare

Compare all

**Booking Providers**

| | |
|---|---|
| airberlin | |
| Air China | $1746 |
| Air Europa | |
| Air France | $410 |
| Alitalia | $1524 |
| Austrian Airlines | $1143 |
| British Airways | $2302 |
| Brussels Airlines | $1800 |

Show more ∨

More filters ∨

---

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 6:00p EWR | 2:00a SVO | 24h 00m | 1 stop (AMS) |

View Deal

Show details  < Share

Operated by KLM, Delta

---

**$410**
KLM

KLM
5:30a SVO   3:30p EWR   18h 00m   1 stop (AMS)
6:00p EWR   2:00a SVO   24h 00m   1 stop (AMS)

View Deal

Show details  < Share

Operated by KLM, Delta

---

**$410**
KLM

KLM
5:30a SVO   3:55p JFK   18h 25m   1 stop (AMS)
6:00p EWR   2:00a SVO   24h 00m   1 stop (AMS)

View Deal

Show details  < Share

Operated by KLM, Delta

---

Try your search on these other sites

cheapair ›   ebooking ›   cheaptickets ›   OneTravel ›   travelocity ›

---

**$410**
Vayama

Air France / KLM
7:00a SVO   12:59p JFK   13h 59m   1 stop (CDG)
6:00p EWR   5:00p SVO   15h 00m   1 stop (AMS)

View Deal

Show details  < Share   $410 book easily on KAYAK

Delta operates flight 3628, 6178.

---

**$410**
Vayama

Air France / KLM
7:00a SVO   12:59p JFK   13h 59m   1 stop (CDG)
5:50p JFK   5:00p SVO   15h 10m   1 stop (AMS)

View Deal

Show details  < Share   $410 book easily on KAYAK

Delta operates flight 3628.

---

**$410**
Vayama

Air France / KLM
9:45a SVO   4:05p JFK   14h 20m   1 stop (CDG)
6:00p EWR   5:00p SVO   15h 00m   1 stop (AMS)

View Deal

Show details  < Share   $410 book easily on KAYAK

Delta operates flight 6178.

---

**$410**
Vayama

Air France / KLM
9:45a SVO   4:05p JFK   14h 20m   1 stop (CDG)
5:50p JFK   5:00p SVO   15h 10m   1 stop (AMS)

View Deal

Show details  < Share   $410 book easily on KAYAK

---

**$410**
Vayama

Air France / KLM
7:00a SVO   12:59p JFK   13h 59m   1 stop (CDG)
4:29p JFK   5:00p SVO   16h 31m   1 stop (AMS)

View Deal

Show details  < Share   $410 book easily on KAYAK

Delta operates flight 3628, 6070.

---

**$410**
Vayama

Air France / KLM
9:45a SVO   4:05p JFK   14h 20m   1 stop (CDG)
4:29p JFK   5:00p SVO   16h 31m   1 stop (AMS)

View Deal

Show details  < Share   $410 book easily on KAYAK

Delta operates flight 6070.

---

Show more results

# EXHIBIT 3

**Important Notice**    🔥 **Executive Order on Visas - Important Announcement** •

travel.state.gov   U.S. Passports & International Travel    Students Abroad   U.S. Visa   Intercountry Adoption   International Parental Child Abduction   |   🔍 Contact Us    🇺🇸 Find U.S. Embassies & Consulates

**SEARCH**

Set Location ⟳    Set Nationality ⟳

travel.state.gov > Visas > Tourism & Visit > **Visitor Visa**

Print    Email

# Visitor Visa

B

**Important information on Executive Order 13769 – Protecting the Nation from Foreign Terrorist Entry into the United States.**

## Overview

Generally, a citizen of a foreign country who wishes to enter the United States must first obtain a visa, either a nonimmigrant visa for temporary stay, or an immigrant visa for permanent residence. Visitor visas are nonimmigrant visas for persons who want to enter the United States temporarily for business (visa category B-1), tourism, pleasure or visiting (visa category B-2), or a combination of both purposes (B-1/B-2).

Here are some examples of activities permitted with a visitor visa:

Expand All

**Business (B-1):**

- consult with business associates
- attend a scientific, educational, professional, or business convention or conference
- settle an estate
- negotiate a contract

Learn more about Business Travel to the United States 📄 (PDF - 362 KB) on a visitor visa.

**Tourism and Visit (B-2):**

**Travel Purposes Not Permitted On Visitor Visas:**

## How to Apply

There are several steps to apply for a visa. The order of these steps and how you complete them may vary at the U.S. Embassy or Consulate where you apply. Please consult the instructions available on the U.S. Embassy or Consulate website where you will apply.

## Complete the Online Visa Application

- **Online Nonimmigrant Visa Application, Form DS-160** – Learn more about completing the DS-160. You must: 1) complete the online visa application and 2) print the application form confirmation page to bring to your interview.
- **Photo** – You will upload your photo while completing the online Form DS-160. Your photo must be in the format explained in the Photograph Requirements.

## Schedule an Interview

While interviews are generally not required for applicants of certain ages outlined below, consular officers have the discretion to require an interview of any applicant, regardless of age.

| If you are age: | Then an interview is: |
| --- | --- |
| 13 and younger | Generally not required |
| 14-79 | Required (some exceptions for renewals) |
| 80 and older | Generally not required |

You must schedule an appointment for your visa interview, generally, at the U.S. Embassy or Consulate in the country where you live. You may schedule your interview at any U.S. Embassy or Consulate, but be aware that it may be difficult to qualify for a visa outside of your place of permanent residence.

Wait times for interview appointments vary by location, season, and visa category, so you should apply for your visa early. Review the interview wait time for the location where you will apply:

## Appointment Wait Time

Select a U.S. Embassy or Consulate:

Where will you apply?  | Enter a City |  | GO |

## Prepare for Your Interview

- **Fees - Pay the non-refundable visa application fee,** if you are required to pay it before your interview. When your visa is approved, you may also pay a visa issuance fee, if applicable to your nationality. Fee information is provided below:

Application Fee

**$160**

ALL FEES

Select your nationality to see Issuance Fee

| Enter a country/authority or area |  | GO |

- Review the instructions available on the website of the embassy or consulate where you will apply to learn more about fee payment.

## Gather Required Documentation

Gather and prepare the following required documents before your visa interview:

- **Passport** valid for travel to the United States - Your passport must be valid for at least six months beyond your period of stay in the United States, unless exempt by country-specific agreements    (PDF - 57 KB). If more than one person is included in your passport, each person who needs a visa must submit a separate application.
- **Nonimmigrant Visa Application, Form DS-160 confirmation page**
- **Application fee payment receipt,** if you are required to pay before your interview.
- **Photo** – You will upload your photo while completing the online Form DS-160. If the photo upload fails, you must bring one printed photo in the format explained in the Photograph Requirements.

## Additional Documentation May Be Required

Review the instructions for how to apply for a visa on the website of the embassy or consulate where you will apply. Additional documents may be requested to establish if you are qualified. For example, additional requested documents may include evidence of:

- The purpose of your trip;
- Your intent to depart the United States after your trip; and/or
- Your ability to pay all costs of the trip.

Evidence of your employment and/or your family ties may be sufficient to show the purpose of your trip and your intent to return to your home country. If you cannot cover all the costs for your trip, you may show evidence that another person will cover some or all costs for your trip.

**Note:** Visa applicants must qualify on the basis of the applicant's residence and ties abroad, rather than assurances from U.S. family and friends. A letter of invitation or Affidavit of Support is not needed to apply for a nonimmigrant tourist visa. If you do choose to bring a letter of invitation or Affidavit of Support to your interview, please remember that it is not one of the factors that we use in determining whether to issue or deny a nonimmigrant tourist visa.

## Attend Your Visa Interview

During your visa interview, a consular officer will determine whether you are qualified to receive a visa, and if so, which visa category is appropriate based on your purpose of travel. You will need to establish that you meet the requirements under U.S. law to receive the category of visa for which you are applying.

Ink-free, digital fingerprint scans will be taken as part of your application process. They are usually taken during your interview, but this varies based on location.

After your visa interview, your application may require further administrative processing. You will be informed by the consular officer if further processing is necessary for your application.

When the visa is approved, you may pay a visa issuance fee if applicable to your nationality, and will be informed how your passport with visa will be returned to you. Review the visa processing time, to learn how soon your passport with visa will generally be ready for pick-up or delivery by the courier.

## Entering the United States

A visa allows a foreign citizen to travel to a U.S. port-of-entry (generally an airport) and request permission to enter the United States. A visa does not guarantee entry into the United States. The Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP) officials at the port-of-entry have authority to permit or deny admission to the United States. If you are allowed to enter the United States, the CBP official will provide an admission stamp or a paper Form I-94, Arrival/Departure Record. Learn more about admissions and entry requirements, restrictions about bringing food, agricultural products, and other restricted/prohibited goods, and more by reviewing the CBP website .

## Extending Your Stay

See Extend Your Stay   on the U.S. Citizenship and Immigration Services (USCIS) website to learn about requesting to extend your stay beyond the date indicated on your admission stamp or paper Form I-94.

You must depart the United States on or before the date indicated on your admission stamp or paper Form I-94, unless your request to extend your stay is approved by USCIS.

Failure to depart the United States on time will result in you being out of status. Under U.S. law, visas of travelers who are out of status are automatically voided (Section 222(g) of the Immigration and Nationality Act  ). If you had a multiple-entry visa and it was voided due to you being out of status, it will not be valid for future entries into the United States.

Failure to depart the United States on time may also result in you being ineligible for visas you may apply for in the future. Review Visa Denials and Ineligibilities and Waivers: Laws to learn more.

## Change of Status

While in the United States, you may be able to request that U.S. Citizenship and Immigration Services (USCIS) change your nonimmigrant status to another nonimmigrant category. See Change My Nonimmigrant Status   on the USCIS website to learn more.

Requesting a change of status from USCIS while you are in the United States and before your authorized stay expires does not require that you apply for a new visa. However, if you cannot remain in the United States while USCIS processes your change of status request, you must apply for a visa at a U.S. Embassy or Consulate.

## Additional Information

- Visitors are not permitted to accept employment or work in the United States.
- We cannot guarantee that you will be issued a visa. Do not make final travel plans or buy tickets until you have a visa.
- Unless canceled or revoked, a visa is valid until its expiration date.  Therefore, a valid U.S. visa in an expired passport is still valid. If you have a valid visa in your expired passport, do not remove it from your expired passport. You may use your valid visa in your expired passport along with a new valid passport for travel and admission to the United States.

**Travel for Medical Treatment**

**Visitor Visas for Personal or Domestic Employees (B-1)**

**Visa Renewal**

**Do I need a visa if I have an ABTC?**

**How can I use my ABTC when I apply for my visa?**

**Visa Annotations for Certain Maritime Industry Workers**

**Visa Denial and Ineligibility**

**I was refused a visa, under Section 214(b). May I reapply?**

**Misrepresentation or Fraud**

**Citizens of Canada and Bermuda**

**Citizens of China**

**Citizens of Mexico**

**Further Questions**

Travel Without a Visa

- VWP **Visa Waiver Program**
  Tourist or business travelers who are citizens of participating countries may be eligible to visit the United States without a visa. Visits must be 90 days or less, and travelers must meet all requirements.



**Citizens of Canada and Bermuda generally do not need visas for tourism and visits.**

**More Information**

- A-Z Index
- Legal Rights & Protections
- Lost/Stolen Travel Documents
- Denials
- Fraud Warning
- Visa Expiration Date
- Automatic Revalidation
- Nonimmigrants in the United States–
  Applying for Visas in Canada or Mexico
- Visa Applicants - State Sponsors of
  Terrorism
- Border Security/Safety
- Find a U.S. Embassy or Consulate
- Customer Service Statement

**In the United States**

- VisitTheUSA
- National Park Service: Celebrate Our
  Centennial

 FAQs: About Visas - the Basics

 FAQs: DS-160

 Let's Talk Numbers

About Us

Visa Newsroom

Reports and Statistics

Law and Policy

Find a U.S. Embassy or Consulate

Contact Us

Careers

Consular Notification and Access

**STAY CONNECTED**

- Dipnote Blog
- Facebook
- Flickr
- @travelgov
- Youtube
- RSS

| travel.state.gov | U.S. Passports & International Travel | Students Abroad | U.S. Visa | Intercountry Adoption | International Parental Child Abduction |

Privacy    Copyright & Disclaimer    FOIA    No FEAR Act Data    Office of the Inspector General    USA.gov    GobiernoUSA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State.

# EXHIBIT 4



ViewDNS.info > Tools > **Reverse Whois Lookup**

This free tool will allow you to find domain names owned by an individual person or company. Simply enter the email address or name of the person or company to find other domains registered using those same details. FAQ.

Registrant Name or Email Address:

    GO

Reverse Whois results for kyudin1l@gmail.com
================

There are 81 domains that matched this search query.
These are listed below:

| Domain Name | Creation Date | Registrar |
| --- | --- | --- |
| aboutjodykriss.net | 2014-08-13 | INTERNET DOMAIN SERVICE BS CORP |
| barbaranicolinikriss.org | 2015-10-13 | INTERNET DOMAIN SERVICE BS CORP |
| blackmailer.net | 2015-01-21 | INTERNET DOMAIN SERVICE BS CORP |
| blackmailers.info | 2015-01-21 | INTERNET DOMAIN SERVICE BS CORP |
| blowjobgram.com | 2013-07-14 | INTERNET DOMAIN SERVICE BS CORP |
| boycotttheboycott.com | 2013-02-23 | INTERNET DOMAIN SERVICE BS CORP |
| chudiejekam.info | 2015-10-07 | INTERNET DOMAIN SERVICE BS CORP |
| chudiejekam.net | 2015-10-07 | INTERNET DOMAIN SERVICE BS CORP |
| chudiejekam.org | 2015-10-07 | INTERNET DOMAIN SERVICE BS CORP |
| cuntboyjody.com | 2014-04-11 | INTERNET DOMAIN SERVICE BS CORP |
| cuntboy.net | 2014-04-11 | INTERNET DOMAIN SERVICE BS CORP |
| cuntman.net | 2014-04-11 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartner.info | 2014-12-12 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartner.net | 2014-12-12 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartners2.com | 2014-08-13 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartners.biz | 2014-12-12 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartners.build | 2016-02-11 | GODADDY |
| eastriverpartners.construction | 2016-02-11 | GODADDY.COM, LLC |
| eastriverpartnersgroup.com | 2014-12-19 | GODADDY.COM, LLC |
| eastriverpartners.house | 2014-12-19 | GODADDY.COM, LLC |
| eastriverpartners.info | 2012-07-10 | GODADDY.COM, LLC |
| eastriverpartners.land | 2016-02-11 | GODADDY.COM, LLC |
| eastriverpartnersllc.com | 2014-12-12 | GODADDY.COM, LLC |
| eastriverpartners.mobi | 2016-02-11 | GODADDY.COM, LLC |
| eastriverpartners.net | 2012-07-10 | GODADDY.COM, LLC |
| eastriverpartnersny.com | 2014-12-19 | GODADDY.COM, LLC |
| eastriverpartnersonline.com | 2014-12-19 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartnersonline.info | 2014-12-19 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartners.org | 2012-07-10 | INTERNET DOMAIN SERVICE BS CORP |
| eastriverpartners.partners | 2016-02-11 | GODADDY.COM, LLC |
| eastriverpartners.rentals | 2016-02-11 | GODADDY.COM, LLC |
| eastriverpartners.singles | 2014-12-19 | GODADDY.COM, LLC |
| eastriverpartners.today | 2014-12-12 | GODADDY.COM, LLC |
| extortionist.info | 2015-01-21 | INTERNET DOMAIN SERVICE BS CORP |
| extortionists.info | 2015-01-21 | INTERNET DOMAIN SERVICE BS CORP |
| extortionists.net | 2015-01-21 | INTERNET DOMAIN SERVICE BS CORP |
| fecalboy.com | 2015-04-19 | INTERNET DOMAIN SERVICE BS CORP |
| fecalmatter.info | 2015-04-18 | INTERNET DOMAIN SERVICE BS CORP |
| fecalmatter.lawyer | 2015-04-18 | GODADDY.COM, LLC |
| fecesman.com | 2015-04-19 | INTERNET DOMAIN SERVICE BS CORP |

| | | |
|---|---|---|
| felcherboy.com | 2015-01-17 | GODADDY.COM, LLC |
| felcher.info | 2015-01-17 | INTERNET DOMAIN SERVICE BS CORP |
| fredoberlander.info | 2012-10-13 | GODADDY.COM, LLC |
| iamadirtbag.com | 2013-04-25 | GODADDY.COM, LLC |
| iamafaggot.com | 2013-04-25 | GODADDY.COM, LLC |
| iamascumbag.com | 2013-04-25 | GODADDY.COM, LLC |
| interactivetellermachine.com | 2013-01-31 | GODADDY.COM, LLC |
| jodykriss.biz | 2014-12-19 | GODADDY.COM, INC. |
| jodykriss.com | 2012-07-10 | GODADDY.COM, LLC |
| jodykriss.info | 2012-07-10 | GODADDY.COM, LLC |
| jodykriss.life | 2016-06-25 | GODADDY.COM, LLC |
| jodykriss.net | 2012-07-10 | GODADDY.COM, LLC |
| jodykriss.org | 2012-07-10 | GODADDY.COM, LLC |
| jodykrissthief.com | 2013-04-25 | GODADDY.COM, LLC |
| jodykriss.today | 2016-06-25 | GODADDY.COM, LLC |
| jodykriss.us | 2016-06-25 | GODADDY.COM, INC. |
| jodykriss.world | 2016-06-25 | GODADDY.COM, LLC |
| jodylkriss.com | 2012-07-10 | GODADDY.COM, LLC |
| jodylkriss.info | 2012-07-10 | GODADDY.COM, LLC |
| jodylkriss.net | 2012-07-10 | GODADDY.COM, LLC |
| jodylkriss.org | 2012-07-10 | GODADDY.COM, LLC |
| jodythefelcher.com | 2015-01-17 | GODADDY.COM, LLC |
| krissjody.net | 2016-04-11 | GODADDY.COM, LLC |
| michaelchudiejekam.com | 2015-10-07 | GODADDY.COM, LLC |
| richardlerneresq.com | 2014-04-15 | INTERNET DOMAIN SERVICE BS CORP |
| richardlerneresq.info | 2014-04-15 | INTERNET DOMAIN SERVICE BS CORP |
| richardlerneresq.net | 2014-04-15 | INTERNET DOMAIN SERVICE BS CORP |
| richardlerneresq.org | 2014-04-15 | INTERNET DOMAIN SERVICE BS CORP |
| richlerner.com | 2014-04-04 | INTERNET DOMAIN SERVICE BS CORP |
| richlerner.info | 2014-04-21 | INTERNET DOMAIN SERVICE BS CORP |
| richlerner.net | 2014-04-21 | INTERNET DOMAIN SERVICE BS CORP |
| richlerner.org | 2014-04-21 | INTERNET DOMAIN SERVICE BS CORP |
| theeastriverpartners.com | 2014-08-13 | GODADDY.COM, LLC |
| thefelcher.com | 2015-01-17 | INTERNET DOMAIN SERVICE BS CORP |
| thejodykriss2.com | 2014-08-13 | INTERNET DOMAIN SERVICE BS CORP |
| thetruthaboutjodykriss.com | 2014-08-13 | INTERNET DOMAIN SERVICE BS CORP |
| truthaboutjodykriss.com | 2014-08-13 | INTERNET DOMAIN SERVICE BS CORP |
| truthaboutjodykriss.net | 2014-08-13 | INTERNET DOMAIN SERVICE BS CORP |
| vaginaboy.com | 2014-04-11 | INTERNET DOMAIN SERVICE BS CORP |
| vor-ton.com | 2014-03-26 | INTERNET DOMAIN SERVICE BS CORP |
| vortonjodykriss.com | 2014-03-26 | INTERNET DOMAIN SERVICE BS CORP |

AdChoices    Reverse IP Lookup    Whois Lookup Info    Gmail Email Address

Follow @vlewdns    Like    Share
All content © 2017 ViewDNS.info
Feedback / Suggestions / Contact Us    Become an Affiliate



# EXHIBIT 5

**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Michael B. Dvoren (027386)
mbd@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larissa Yudina, an individual; Felix Sater, an individual; and OST Group, a foreign entity;<br><br>Plaintiffs,<br><br>v.<br><br>Jody Kriss, an individual; and East River Partners, LLC, a foreign corporation;<br><br>Defendants. | Case No. 2:16-cv-00932-DJH<br><br>**PLAINTIFF LARISSA YUDINA'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |
| Jody Kriss, an individual; and East River Partners, LLC, a foreign corporation;<br><br>Counterclaimants,<br><br>v.<br><br>Larissa Yudina, an individual; Felix Sater, an individual; and OST Group, a foreign entity;<br><br>Counterdefendants, | |

18676-18676-00001\MCS\AMC\2245729.1

1  Plaintiff/Counterdefendant Larissa Yudina ("Yudina") hereby responds to
2  Defendants First Set of Interrogatories and Requests for Production of Documents as
3  follows:

4  **INTERROGATORIES**

5

6  **Interrogatory No. 1:**

7  Identify all Persons who registered, or assisted with the registration of, any of the
8  Domains.

9  **Answer:**

10  Yudina responds that the Domains were registered by Yudina, Felix Sater, and
11  Konstantin Yudin.

12

13  **Interrogatory No. 2:**

14  For each Person identified in the Answer to Interrogatory No. 1, list every
15  domain registered by him or her.

16  **Answer:**

17  Yudina responds that the following Domains were registered by Yudina:

18  <theeastriverpartners.com>,
19  <eastriverpartnersllc.com>,
  <eastriverpartnersny.com>,
20  <eastriverpartnersgroup.com>.

21  Yudina responds that the following Domains were registered by Felix Sater:

22  <jodykriss.com>,
23  <jodylkriss.com>,
  <jodykriss.net>,
24  <jodylkriss.net>,
  <jodykriss.org>,
25  <jodylkriss.org>,
26  <jodykriss.info>,

JABURG|WILK
Attorneys at Law

1   <jodylkriss.info>,
2   <krissjody.com>,
    <jodykrisscrook.com>,
3   <jodykrissvorton.com>,
    <vortonjodykriss.com>,
4   <jodykriss.co>.

5

6   Yudina responds that the following Domains were registered by either Sater or
7   Yudina:

8   <eastriverpartners.net>,
9    <eastriverpartners.info>.

10

**Interrogatory No. 3**:
11

12   Identify all Persons who contributed financially to registration, creation, or
13   Maintenance of the domains or websites.

**Answer:**
14

15   Plaintiff objects to this Interrogatory to the extent it is overbroad, unduly
16   burdensome, lacks specificity as to relevant time or scope, and seeks information that is
17   irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to
18   lead to the discovery of admissible evidence.

19   Subject to and without waiving any of the above objections, Yudina responds
20   that Yudina, Felix Sater, and Konstantin Yudin contributed financially.

21

**Interrogatory No. 4**:
22

23   Identify all email addresses that You, any of the other Plaintiffs, or anyone acting
24   on Your or their behalf, have used for communications relating to the Domains or
25   Websites.

26

**Answer:**

Yudina objects to this Interrogatory to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that Yudina, Felix Sater, and Konstantin Yudin have used the following email addresses: kyudin@gmail.com, felix@regency.net, and felixsater@gmail.com.

**Interrogatory No. 5:**

Identify all Persons who authored or created original Content that appeared on the Websites.

**Answer:**

Yudina objects to this Interrogatory to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that Yudina, Felix Sater, and Konstantin Yudin contributed to the creation of content.

**Interrogatory No. 6:**

Identify all Persons who provided any other information that appeared on the Websites.

**Answer:**

Yudina objects to this Interrogatory to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is

JABURG|WILK
Attorneys at Law

1 irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to
2 lead to the discovery of admissible evidence.

3     Subject to and without waiving any of the above objections, Yudina responds as
4 follows: See response to Interrogatory No. 5 above. All information was provided by
5 the news or article sources credited on one or more of the websites for any included
6 news stories or articles therein.

7

8 **Interrogatory No. 7:**

9     Identify the Person(s) responsible for publishing each piece of content that
10 currently exists or has ever existed on each of the Websites from the time each Website
11 was created until April 4, 2016.

12 **Answer:**

13     Yudina objects to this Interrogatory to the extent it is overbroad, unduly
14 burdensome, lacks specificity as to relevant scope, and seeks information that is
15 irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to
16 lead to the discovery of admissible evidence.

17     Subject to and without waiving any of the above objections, Yudina responds
18 that Yudina, Felix Sater, and Konstantin Yudin were responsible for publishing content.

19

20 **Interrogatory No. 8:**

21     Identify who currently maintains each of the Websites.

22 **Answer:**

23     Yudina objects to this Interrogatory to the extent it is overbroad, unduly
24 burdensome, vague and ambiguous with respect to the word "maintains," and seeks
25 information that is irrelevant to any party's claims or defenses or is otherwise not
26 reasonably calculated to lead to the discovery of admissible evidence.

1     Subject to and without waiving any of the above objections, Yudina responds
2  that Yudina and Konstantin Yudin maintain the Websites.

3

4  **Interrogatory No. 9:**

5     Identify who currently owns each of the Domains.

6  **Answer:**

7     Yudina responds that the Domains are owned by OST Group.

8

9  **Interrogatory No. 10:**

10     For any of the Domains previously owned by someone other than You, identify
11  the date(s) that You acquired ownership (including the name of each domain and from
12  whom each domain was acquired on the particular date(s)).

13  **Answer:**

14     Yudina responds that she acquired ownership of domains from Felix Sater but
15  does not have historical data on acquisition or transfer dates.

16

17  **Interrogatory No. 11:**

18     Identify all Persons who have ever been responsible for the Maintenance of the
19  Websites.

20  **Answer:**

21     Yudina objects to this Interrogatory to the extent it is overbroad, unduly
22  burdensome, vague and ambiguous with respect to the word "maintains," and seeks
23  information that is irrelevant to any party's claims or defenses or is otherwise not
24  reasonably calculated to lead to the discovery of admissible evidence.

25

26

JABURG|WILK
Attorneys at Law

18676-18676-00001\MCS\AMC\2245729.1

1   Subject to and without waiving any of the above objections, Yudina responds

2   that Yudina, Felix Sater, Konstantin Yudin, and OST Group have been responsible for

3   maintenance.

4

5   **Interrogatory No. 12**:

6   For each Person identified in the answer to Interrogatory No. 11, list the dates of

7   their involvement.

8   **Answer:**

9   Subject to and without waiving any of the objections to Interrogatory No. 11

10   above, Yudina responds that Yudina, Larissa Yudina, and Konstantin Yudin have all

11   been involved from the beginning.

12

13   **Interrogatory No. 13:**

14   Describe Your relationship with or connection to plaintiff Felix Sater.

15   **Answer:**

16   Yudina responds that she has a historic and current business relationship with

17   plaintiff Felix Sater as a contractor for internet marketing.

18

19   **Interrogatory No. 14:**

20   Describe Your relationship with or connection to plaintiff OST Group.

21   **Answer:**

22   Yudina responds that she is the owner of OST Group.

23

24   **Interrogatory No. 15:**

25   Describe Your relationship with or connection to Konstantin Yudin.

26

**Answer**:

Yudina responds that Konstantin Yudin is her son and employee of OST Group.

**Interrogatory No. 16:**

State when You first become aware of defendant Jody Kriss.

**Answer:**

Yudina responds that she first become aware of defendant Jody Kriss as early as 2005.

**Interrogatory No. 17:**

State when you first became aware of defendant East River Partners, LLC.

**Answer:**

Yudina responds that she first become aware of defendant East River Partners, LLC as early as 2005.

**Interrogatory No. 18:**

Identify any or all addresses at which You have resided since 2010, including Your present address.

**Answer:**

Yudina objects to this Interrogatory to the extent it is overbroad, unduly burdensome, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she currently resides at Krylatskye Holmy 32 Corpus 1, apt 66, Moscow 121614, Russia.

**Interrogatory No. 19**:

Identify any and all addresses at which You have conducted business since 2010, including Your present address.

**Answer:**

Yudina objects to this Interrogatory to the extent it is overbroad, unduly burdensome, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that her current business address is Krylatskye Holmy 32 Corpus 1, apt 66, Moscow 121614, Russia.

**Interrogatory No. 20:**

Identify any agreements, written or oral, between you and any of the other Plaintiffs.

**Answer:**

Yudina objects to this Interrogatory to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that Yudina, through OST Group, has an oral agreement to provide internet marketing services to Felix Sater.

## REQUESTS FOR DOCUMENTS

**Request No. 1:**

Produce all Content that was ever posted or published on each of the Websites.

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are already in Defendants' possession or are publicly available. Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 2:**

Produce all Communications between You and plaintiff Larissa Yudina, or anyone acting on her behalf, relating to the Websites or their Content.

**Response:**

Yudina assumes that Defendants intended to write "plaintiff Felix Sater" but inadvertently wrote "plaintiff Larissa Yudina." If so, Yudina objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope; and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

JABURG WILK
Attorneys at Law

1  Subject to and without waiving any of the above objections, Yudina responds
2  that she will produce non-privileged, responsive documents within her possession,
3  custody, or control, if any.

4

5  **Request No. 3**:

6  Produce all Communications between You and plaintiff Larissa Yudina, or
7  anyone acting on her behalf, relating to the Domains.

8  **Response:**

9  Yudina assumes that Defendants intended to write "plaintiff Felix Sater" but
10  inadvertently wrote "plaintiff Larissa Yudina." If so, Yudina objects to this Request to
11  the extent it requests documents or things that are protected by the attorney-client
12  privilege and/or constitute attorney work product. Yudina also objects to the extent it is
13  overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks
14  information that is irrelevant to any party's claims or defenses or is otherwise not
15  reasonably calculated to lead to the discovery of admissible evidence.

16  Subject to and without waiving any of the above objections, Yudina responds
17  that she will produce non-privileged, responsive documents within her possession,
18  custody, or control, if any.

19

20  **Request No. 4**:

21  Produce all Communications between You and plaintiff OST Group, or anyone
22  acting on its behalf, relating to the Websites or their Content.

23  **Response:**

24  Yudina objects to this Request to the extent it requests documents or things that
25  are protected by the attorney-client privilege and/or constitute attorney work product.
26  Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity

*JABURG|WILK*
*Attorneys at Law*

1  as to relevant time or scope, and seeks information that is irrelevant to any party's

2  claims or defenses or is otherwise not reasonably calculated to lead to the discovery of

3  admissible evidence.

4       Subject to and without waiving any of the above objections, Yudina responds

5  that she will produce non-privileged, responsive documents within her possession,

6  custody, or control, if any.

7

8  **Request No. 5**:

9       Produce all Communications between You and plaintiff OST Group, or anyone

10  acting on its behalf, relating to the Domains.

11  **Response:**

12       Yudina objects to this Request to the extent it requests documents or things that

13  are protected by the attorney-client privilege and/or constitute attorney work product.

14  Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity

15  as to relevant time or scope, and seeks information that is irrelevant to any party's

16  claims or defenses or is otherwise not reasonably calculated to lead to the discovery of

17  admissible evidence.

18       Subject to and without waiving any of the above objections, Yudina responds

19  that she will produce non-privileged, responsive documents within her possession,

20  custody, or control, if any.

21

22  **Request No. 6**:

23       Produce all Communications between You and Konstantin Yudin, or anyone

24  acting on his behalf, relating to the Websites or their Content.

25

26

JABURG WILK
Attorneys at Law

18676-18676-00001\MCS\AMC\2245729.1

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 7:**

Produce all Communications between You and Konstantin Yudin, or anyone acting on his behalf, relating to the Domains.

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

JABURG|WILK
Attorneys at Law

1  **Request No. 8**:

2      Produce all Communications between You and any other Person relating to the

3  Websites or their Content.

4  **Response:**

5      Yudina objects to this Request to the extent it requests documents or things that

6  are protected by the attorney-client privilege and/or constitute attorney work product.

7  Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity

8  as to relevant time or scope, and seeks information that is irrelevant to any party's

9  claims or defenses or is otherwise not reasonably calculated to lead to the discovery of

10  admissible evidence.

11      Subject to and without waiving any of the above objections, Yudina responds

12  that she will produce non-privileged, responsive documents within her possession,

13  custody, or control, if any.

14

15  **Request No. 9**:

16      Produce all Communications between You and any other Person relating to the

17  Domains.

18  **Response:**

19      Yudina objects to this Request to the extent it requests documents or things that

20  are protected by the attorney-client privilege and/or constitute attorney work product.

21  Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity

22  as to relevant time or scope, and seeks information that is irrelevant to any party's

23  claims or defenses or is otherwise not reasonably calculated to lead to the discovery of

24  admissible evidence.

25

26

JABURG|WILK
Attorneys at Law

1    Subject to and without waiving any of the above objections, Yudina responds
2 that she will produce non-privileged, responsive documents within her possession,
3 custody, or control, if any.

4

5 **Request No. 10**:

6    Produce all other Communications relating to the Websites or their Content.

7 **Response:**

8    Yudina objects to this Request to the extent it requests documents or things that
9 are protected by the attorney-client privilege and/or constitute attorney work product.
10 Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity
11 as to relevant time or scope, and seeks information that is irrelevant to any party's
12 claims or defenses or is otherwise not reasonably calculated to lead to the discovery of
13 admissible evidence.

14    Subject to and without waiving any of the above objections, Yudina responds
15 that she will produce non-privileged, responsive documents within her possession,
16 custody, or control, if any.

17

18 **Request No. 11**:

19    Produce all other Communications relating to the Domains.

20 **Response:**

21    Yudina objects to this Request to the extent it requests documents or things that
22 are protected by the attorney-client privilege and/or constitute attorney work product.
23 Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity
24 as to relevant time or scope, and seeks information that is irrelevant to any party's
25 claims or defenses or is otherwise not reasonably calculated to lead to the discovery of
26 admissible evidence.

JABURG|WILK
Attorneys at Law

1      Subject to and without waiving any of the above objections, Yudina responds

2  that she will produce non-privileged, responsive documents within her possession,

3  custody, or control, if any.

4

5  **Request No. 12**:

6      Produce all Documents relating to the Domains.

7  **Response:**

8      Yudina objects to this Request to the extent it requests documents or things that

9  are protected by the attorney-client privilege and/or constitute attorney work product.

10  Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity

11  as to relevant time or scope, and seeks information that is irrelevant to any party's

12  claims or defenses or is otherwise not reasonably calculated to lead to the discovery of

13  admissible evidence.

14      Subject to and without waiving any of the above objections, Yudina responds

15  that she will produce non-privileged, responsive documents within her possession,

16  custody, or control, if any.

17

18  **Request No. 13**:

19      Produce all Communications with or relating to GoDaddy pertaining to the

20  Websites or Domains.

21  **Response:**

22      Yudina objects to this Request to the extent it is overbroad, unduly burdensome,

23  lacks specificity as to relevant time or scope, and seeks information that is irrelevant to

24  any party's claims or defenses or is otherwise not reasonably calculated to lead to the

25  discovery of admissible evidence.

26

JABURG|WILK
Attorneys at Law

1   Subject to and without waiving any of the above objections, Yudina responds
2   that she will produce non-privileged, responsive documents within her possession,
3   custody, or control, if any.

4

5   **Request No. 14:**
6   Produce all Documents from GoDaddy relating to the Websites or Domains.
7   **Response:**
8   Yudina objects to this Request to the extent it is overbroad, unduly burdensome,
9   lacks specificity as to relevant time or scope, and seeks information that is irrelevant to
10  any party's claims or defenses or is otherwise not reasonably calculated to lead to the
11  discovery of admissible evidence.
12  Subject to and without waiving any of the above objections, Yudina responds
13  that she will produce non-privileged, responsive documents within her possession,
14  custody, or control, if any.

15

16  **Request No. 15**:
17  Produce all Communications with Domains By Proxy relating to the Domains.
18  **Response:**
19  Yudina objects to this Request to the extent it is overbroad, unduly burdensome,
20  lacks specificity as to relevant time or scope, and seeks information that is irrelevant to
21  any party's claims or defenses or is otherwise not reasonably calculated to lead to the
22  discovery of admissible evidence.
23  Subject to and without waiving any of the above objections, Yudina responds
24  that she will produce non-privileged, responsive documents within her possession,
25  custody, or control, if any.

26

JABURG|WILK
Attorneys at Law

**Request No. 16**:

Produce all Documents provided to you by Domains By Proxy.

**Response:**

Yudina objects to this Request to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 17**:

Produce all Documents and Communications constituting, evidencing, or relating to advertisements or offers pertaining to creation of content for the Websites or content related to Defendants.

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are publicly available. Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, is vague and ambiguous with respect to the phrase "advertisements or offers pertaining to creation of content," and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 18:**

Produce all Communications between or among Plaintiffs referring to, mentioning, or otherwise relating to Defendants.

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 19:**

Produce all Documents referring to, mentioning, or otherwise relating to Defendants.

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. Yudina also objects to the extent it requests documents or things that are already in Defendants' possession or are publicly available. Yudina further objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

1    Subject to and without waiving any of the above objections, Yudina responds
2  that she will produce non-privileged, responsive documents within her possession,
3  custody, or control, if any.

4

5  **Request No. 20**:

6    Produce all Communications between You and any other Persons referring to,
7  mentioning, or otherwise relating to Defendants.

8  **Response:**

9    Yudina objects to this Request to the extent it requests documents or things that
10 are protected by the attorney-client privilege and/or constitute attorney work product.
11 Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity
12 as to relevant time or scope, and seeks information that is irrelevant to any party's
13 claims or defenses or is otherwise not reasonably calculated to lead to the discovery of
14 admissible evidence.

15    Subject to and without waiving any of the above objections, Yudina responds
16 that she will produce non-privileged, responsive documents within her possession,
17 custody, or control, if any.

18

19 **Request No. 21**:

20 Produce all Documents constituting, evidencing, or relating to content for the Websites.

21 **Response:**

22    Yudina objects to this Request to the extent it requests documents or things that
23 are already in Defendants' possession or are publicly available. Yudina also objects to
24 the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or
25 scope, and seeks information that is irrelevant to any party's claims or defenses or is
26 otherwise not reasonably calculated to lead to the discovery of admissible evidence.

JABURG|WILK
Attorneys at Law

1   Subject to and without waiving any of the above objections, Yudina responds
2   that she will produce non-privileged, responsive documents within her possession,
3   custody, or control, if any.

4

5   **Request No. 22:**

6   Produce all Documents constituting, evidencing, or relating to money exchanged
7   between or among Plaintiffs.

8   **Response:**

9   Yudina objects to this Request to the extent it is overbroad, unduly burdensome,
10  lacks specificity as to relevant time or scope, and seeks information that is irrelevant to
11  any party's claims or defenses or is otherwise not reasonably calculated to lead to the
12  discovery of admissible evidence.

13  Subject to and without waiving any of the above objections, Yudina responds
14  that she will produce non-privileged, responsive documents within her possession,
15  custody, or control, if any.

16

17  **Request No. 23:**

18  Produce all Documents constituting, evidencing, or relating to information that
19  supports any statements contained in any article or posting made on the Websites.

20  **Response:**

21  Yudina objects to this Request to the extent it requests documents or things that
22  are already in Defendants' possession or are publicly available. Yudina also objects to
23  the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or
24  scope, and seeks information that is irrelevant to any party's claims or defenses or is
25  otherwise not reasonably calculated to lead to the discovery of admissible evidence.

26

JABURG | WILK
Attorneys at Law

18676-18676-00001\MCS\AMC\2245729.1

1    Subject to and without waiving any of the above objections, Yudina responds
2  that she will produce non-privileged, responsive documents within her possession,
3  custody, or control, if any.

4

5  **Request No. 24:**

6    Produce all Documents constituting, evidencing, or relating to information that
7  contradicts any statements contained in any article or posting made on the Websites.

8  **Response:**

9    Yudina objects to this Request to the extent it requests documents or things that
10  are already in Defendants' possession or are publicly available. Yudina also objects to
11  the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or
12  scope, and seeks information that is irrelevant to any party's claims or defenses or is
13  otherwise not reasonably calculated to lead to the discovery of admissible evidence.

14    Subject to and without waiving any of the above objections, Yudina responds
15  that she will produce non-privileged, responsive documents within her possession,
16  custody, or control, if any.

17

18  **Request No. 25:**

19    Produce all invoices, bills, or receipts relating to the Websites.

20  **Response:**

21    Yudina objects to this Request to the extent it is overbroad, unduly burdensome,
22  lacks specificity as to relevant time or scope, and seeks information that is irrelevant to
23  any party's claims or defenses or is otherwise not reasonably calculated to lead to the
24  discovery of admissible evidence.

25

26

JABURG|WILK
Attorneys at Law

1       Subject to and without waiving any of the above objections, Yudina responds

2   that she will produce non-privileged, responsive documents within her possession,

3   custody, or control, if any.

4

5   **Request No. 26**:

6       Produce all invoices, bills, or receipts relating to the Domains.

7   **Response:**

8       Yudina objects to this Request to the extent it is overbroad, unduly burdensome,

9   lacks specificity as to relevant time or scope, and seeks information that is irrelevant to

10  any party's claims or defenses or is otherwise not reasonably calculated to lead to the

11  discovery of admissible evidence.

12      Subject to and without waiving any of the above objections, Yudina responds

13  that she will produce non-privileged, responsive documents within her possession,

14  custody, or control, if any.

15

16  **Request No. 27**:

17      Produce copies of each and every article, posting, or other Content that has ever

18  appeared on the Websites.

19  **Response:**

20      Yudina objects to this Request to the extent it requests documents or things that

21  are already in Defendants' possession or are publicly available. Yudina also objects to

22  the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or

23  scope, and seeks information that is irrelevant to any party's claims or defenses or is

24  otherwise not reasonably calculated to lead to the discovery of admissible evidence.

25

26

JABURG|WILK
Attorneys at Law

1  Subject to and without waiving any of the above objections, Yudina responds
2  that she will produce non-privileged, responsive documents within her possession,
3  custody, or control, if any.

4

5  **Request No. 28**:

6  Produce any Documents constituting, evidencing, or relating to the transfer or
7  any of the Domains or Websites.

8  **Response:**

9  Yudina objects to this Request to the extent it is overbroad, unduly burdensome,
10 lacks specificity as to relevant time or scope, and seeks information that is irrelevant to
11 any party's claims or defenses or is otherwise not reasonably calculated to lead to the
12 discovery of admissible evidence.

13 Subject to and without waiving any of the above objections, Yudina responds
14 that she will produce non-privileged, responsive documents within her possession,
15 custody, or control, if any.

16

17 **Request No. 29**:

18 Produce all Documents supporting your assertion in paragraph 16 that, "[i]n
19 2014, the legally registered Disputed Domains were transferred to OST Group, who
20 became the registrant thereafter."

21 **Response:**

22 Yudina responds that she will produce non-privileged, responsive documents
23 within her possession, custody, or control, if any.

24

25

26

18676-18676-00001\MCS\AMC\2245729.1

**Request No. 30**:

Produce all Documents that You intend to use or introduce at any deposition, trial, hearing, mediation, arbitration or other proceeding in this matter.

**Response:**

Yudina objects to this Request to the extent it is premature. Discovery has only recently begun and Yudina has not yet determined all of the Documents she intends to introduce at any deposition, trial, hearing, mediation, arbitration or other proceeding in this matter.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 31**:

Produce all Documents that You reviewed or relied upon in drafting your responses to any Discovery Requests served by Defendants in the above-captioned action, and/or Documents that otherwise support your responses.

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 32**:

Produce all Documents constituting or relating to any insurance policies held by you that may offer coverage for any matter relating to this lawsuit.

1 **Response:**

2     Yudina responds that there are no applicable insurance policies held by her that

3 may offer coverage for matters relating to this lawsuit as pleaded.

4

5 **Request No. 33:**

6     For any expert You intend to call as a witness at the trial, arbitration, mediation

7 or other proceeding in this matter:

8       •    A copy of the expert's curriculum vitae;

9       •    A list of each article and/or report written by that expert;

10       •    All Documents constituting, referring to, or relating to any opinions or

11 conclusions reached by that expert regarding this case;

12       •    All Documents relied upon by Your expert witnesses in forming their

13 opinion(s)

14       •    All Documents constituting, referring to, or relating to any

15 Communications between You and the expert; and

16       •    A list of every case in which the expert was retained to testify, generated a

17 report, or otherwise provide expert advice since January 1, 2010.

18 **Response:**

19     Yudina objects to this Request as premature. Yudina has not yet retained any

20 experts in this case. If Yudina chooses to retain any experts, Yudina will supplement

21 this response as required under the Federal Rules of Civil Procedure and this Court's

22 scheduling and other applicable orders.

23

24 **Request No. 34:**

25     Produce all Documents identified or referenced in your Rule 26(a)(1)

26 disclosures.

JABURG|WILK
Attorneys at Law

**Response:**

Yudina responds that she will produce non-privileged documents identified or referenced in the disclosures that are currently within her possession, custody, or control.

**Request No. [sic] 34:**

Produce all articles or postings, regardless of whether they were publish or posted, pertaining to Defendants.

**Response:**

Yudina objects to this Request to the extent it requests documents or things that are already in Defendants' possession or are publicly available. Yudina also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, Yudina responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

DATED this 22nd day of November, 2016.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
Michael B. Dvoren
Aaron K. Haar
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
*Attorneys for Plaintiffs/Counterdefendants*

JABURG|WILK
Attorneys at Law

18676-18676-00001\MCS\AMC\2245729.1

1   Copy of the foregoing
2   mailed and emailed this 22nd
    day of November, 2016, to:

3

4   Gregory B. Collins
    KERCSMAR & FELTUS PLLC
5   7150 East Camelback Road, Suite 285
    Scottsdale, Arizona 85251
6   gbc@kflawaz.com

7   Adam C. Sherman
8   VORYS, SATER, SEYMOUR AND PEASE LLP
    301 East Fourth Street
9   Suite 3500, Great American Tower
    Cincinnati, Ohio 45202
10  acsherman@vorys.com
    *Attorneys for Defendants/Counterclaimants*
11

12

13  /s/Debra Gower

14

15

16

17

18

19

20

21

22

23

24

25

26

Maria Crimi Speth
Michael B. Dvoren
Aaron K. Haar

3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
*Attorneys for*
*Plaintiffs/Counterdefendants*


## **VERIFICATION**

I, Larissa Yudina, am a Plaintiff in the matter of **Yudina v. Kriss, Case No. 2:16-cv-00932-DJH**. I verify that I have read **Plaintiff Larissa Yudina's Responses to Defendant's First Set of Interrogatories** in this case and know the contents thereof. I hereby also verify that the matters stated within **Plaintiff Larissa Yudina's Responses to Defendant's First Set of Interrogatories** are true in substance and in fact.

DATED this *21* day of *NOVEMBER*, 2016.

_____

Larissa Yudina


Original of the foregoing
mailed and emailed this 22d
day of November, 2016, to:

Gregory B. Collins
Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com

Adam C. Sherman
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202
acsherman@vorys.com
*Attorneys for Defendants/Counterclaimants*

**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Michael B. Dvoren (027386)
mbd@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larissa Yudina, an individual; Felix Sater, an individual; and OST Group, a foreign entity;<br><br>    Plaintiffs,<br><br>v.<br><br>Jody Kriss, an individual; and East River Partners, LLC, a foreign corporation;<br><br>    Defendants. | Case No. 2:16-cv-00932-DJH<br><br>**PLAINTIFF OST GROUP'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |
| Jody Kriss, an individual; and East River Partners, LLC, a foreign corporation;<br><br>    Counterclaimants,<br><br>v.<br><br>Larissa Yudina, an individual; Felix Sater, an individual; and OST Group, a foreign entity;<br><br>    Counterdefendants, | |

Plaintiff/Counterdefendant OST Group ("OST") hereby responds to Defendants

First Set of Interrogatories and Requests for Production of Documents as follows:

18676-18676-00001\MCS\AKH\2245751.2

**INTERROGATORIES**

**Interrogatory No. 1**:

Identify all Persons who registered, or assisted with the registration of, any of the Domains.

**Answer:**

OST responds that the Domains were registered by Felix Sater, Larissa Yudina, and Konstantin Yudin.


**Interrogatory No. 2**:

For each Person identified in the Answer to Interrogatory No. 1, list every domain registered by him or her.

**Answer:**

OST responds that the following Domains were registered by Felix Sater:

<jodykriss.com>,
<jodylkriss.com>,
<jodykriss.net>,
<jodylkriss.net>,
<jodykriss.org>,
<jodylkriss.org>,
<jodykriss.info>,
<jodylkriss.info>,
<krissjody.com>,
<jodykrisscrook.com>,
<jodykrissvorton.com>,
<vortonjodykriss.com>,
<jodykriss.co>.


OST responds that the following Domains were registered by Larissa Yudina:

<theeastriverpartners.com>
<eastriverpartnersllc.com>

18676-18676-00001\MCS\AKH\2245751.2

1        \<eastriverpartnersny.com\>

2        \<eastriverpartnersgroup.com\>

3

4        OST responds that the following Domains were registered by either Felix Sater or Larissa Yudina:

5

6        \<eastriverpartners.net\>

7        \<eastriverpartners.info\>

8

**Interrogatory No. 3:**

9        Identify all Persons who contributed financially to registration, creation, or

10 Maintenance of the domains or websites.

11 **Answer:**

12        OST objects to this Interrogatory to the extent it is overbroad, unduly

13 burdensome, lacks specificity as to relevant time or scope, and seeks information that is

14 irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to

15 lead to the discovery of admissible evidence.

16        Subject to and without waiving any of the above objections, OST responds that

17 Felix Sater, Larissa Yudina, and Konstantin Yudin contributed financially.

18

19 **Interrogatory No. 4:**

20        Identify all email addresses that You, any of the other Plaintiffs, or anyone acting

21 on Your or their behalf, have used for communications relating to the Domains or

22 Websites.

23 **Answer:**

24        OST objects to this Interrogatory to the extent it is overbroad, unduly

25 burdensome, lacks specificity as to relevant time or scope, and seeks information that is

26

JABURG|WILK
Attorneys at Law

1  irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to
2  lead to the discovery of admissible evidence.

3      Subject to and without waiving any of the above objections, OST responds that
4  Felix Sater, Larissa Yudina, and Konstantin Yudin have used the following email
5  addresses: felix@regency.net, felixsater@gmail.com, and kyudin@gmail.com.

6

7  **Interrogatory No. 5:**

8      Identify all Persons who authored or created original Content that appeared on
9  the Websites.

10 **Answer:**

11     OST objects to this Interrogatory to the extent it is overbroad, unduly
12 burdensome, lacks specificity as to relevant time or scope, and seeks information that is
13 irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to
14 lead to the discovery of admissible evidence.

15     Subject to and without waiving any of the above objections, OST responds that
16 Felix Sater, Larissa Yudina, and Konstantin Yudin contributed to the creation of
17 content.  All information was provided by the news or article sources credited on one or
18 more of the websites for any included news stories or articles therein.

19

20 **Interrogatory No. 6:**

21     Identify all Persons who provided any other information that appeared on the
22 Websites.

23 **Answer:**

24     OST objects to this Interrogatory to the extent it is overbroad, unduly
25 burdensome, lacks specificity as to relevant time or scope, and seeks information that is

26

JABURG|WILK
Attorneys at Law

1  irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to

2  lead to the discovery of admissible evidence.

3       Subject to and without waiving any of the above objections, OST responds as

4  follows: See response to Interrogatory No. 5 above. All information was provided by

5  the news or article sources credited on one or more of the websites for any included

6  news stories or articles therein.

7

8  **Interrogatory No. 7:**

9       Identify the Person(s) responsible for publishing each piece of content that

10  currently exists or has ever existed on each of the Websites from the time each Website

11  was created until April 4, 2016.

12  **Answer:**

13       OST objects to this Interrogatory to the extent it is overbroad, unduly

14  burdensome, lacks specificity as to relevant scope, and seeks information that is

15  irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to

16  lead to the discovery of admissible evidence.

17       Subject to and without waiving any of the above objections, OST responds that

18  Felix Sater, Larissa Yudina, and Konstantin Yudin were responsible for publishing

19  content.

20

21  **Interrogatory No. 8:**

22       Identify who currently maintains each of the Websites.

23  **Answer:**

24       OST objects to this Interrogatory to the extent it is overbroad, unduly

25  burdensome, vague and ambiguous with respect to the word "maintains," and seeks

26

1  information that is irrelevant to any party's claims or defenses or is otherwise not

2  reasonably calculated to lead to the discovery of admissible evidence.

3    Subject to and without waiving any of the above objections, OST responds that

4  Larissa Yudina and Konstantin Yudin maintain the Websites.

5

6  **Interrogatory No. 9:**

7    Identify who currently owns each of the Domains.

8  **Answer:**

9    OST responds that the Domains are owned by OST Group.

10

11  **Interrogatory No. 10:**

12    For any of the Domains previously owned by someone other than You, identify

13  the date(s) that You acquired ownership (including the name of each domain and from

14  whom each domain was acquired on the particular date(s)).

15  **Answer:**

16    OST responds that it acquired ownership of domains from Felix Sater and

17  Larissa Yudina in about 2014 but does not have historical data on acquisition or transfer

18  dates.

19

20  **Interrogatory No. 11:**

21    Identify all Persons who have ever been responsible for the Maintenance of the

22  Websites.

23  **Answer:**

24    OST objects to this Interrogatory to the extent it is overbroad, unduly

25  burdensome, vague and ambiguous with respect to the word "maintains," and seeks

26

JABURG|WILK
Attorneys at Law

1 information that is irrelevant to any party's claims or defenses or is otherwise not
2 reasonably calculated to lead to the discovery of admissible evidence.

3      Subject to and without waiving any of the above objections, OST responds that
4 OST, Felix Sater, Larissa Yudina, and Konstantin Yudin have been responsible for
5 maintenance.

6

7 **Interrogatory No. 12**:

8      For each Person identified in the answer to Interrogatory No. 11, list the dates of
9 their involvement.

10 **Answer:**

11      Subject to and without waiving any of the objections to Interrogatory No. 11
12 above, OST responds that OST, Felix Sater, Larissa Yudina, and Konstantin Yudin have
13 all been involved from the beginning.

14

15 **Interrogatory No. 13**:

16      Describe Your relationship with or connection to plaintiff Larissa Yudina.

17 **Answer:**

18      OST responds that Larissa Yudina is the owner of OST.

19

20 **Interrogatory No. 14:**

21      Describe Your relationship with or connection to plaintiff Felix Sater.

22 **Answer:**

23      OST responds that it has a historic and current business relationship with plaintiff
24 Felix Sater to provide internet marketing services.

25

26

JABURG|WILK
Attorneys at Law

**Interrogatory No. 15:**

Describe Your relationship with or connection to Konstantin Yudin.

**Answer:**

OST responds that Konstantin Yudin is an employee of OST Group.

**Interrogatory No. 16:**

State when You first became aware of defendant Jody Kriss.

**Answer:**

OST responds that it first become aware of defendant Jody Kriss as early as 2005.

**Interrogatory No. 17:**

State when you first became aware of defendant East River Partners, LLC.

**Answer:**

OST responds that it first become aware of defendant East River Partners, LLC as early as 2005.

**Interrogatory No. 18:**

Identify any or all addresses at which You have resided since 2010, including Your present address.

**Answer:**

OST objects to this Interrogatory to the extent it is overbroad, unduly burdensome, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

1   Subject to and without waiving any of the above objections, OST responds that

2   its current business address is Krylatskye Holmy 32 Corpus 1, apt 66, Moscow 121614,

3   Russia.

4

5   **Interrogatory No. 19**:

6   Identify any agreements, written or oral, between You and any of the other

7   Plaintiffs.

8   **Answer:**

9   OST objects to this Interrogatory to the extent it is overbroad, unduly

10  burdensome, lacks specificity as to relevant time or scope, and seeks information that is

11  irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to

12  lead to the discovery of admissible evidence.

13  Subject to and without waiving any of the above objections, OST responds that

14  OST has an oral agreement to provide internet marketing services to Felix Sater.

15

16  **Interrogatory No. 20:**

17  Identify all employees, officers, independent contractors, and principals of OST

18  Group.

19  **Answer:**

20  OST objects to this Interrogatory to the extent it is overbroad, unduly

21  burdensome, lacks specificity as to relevant time or scope, and seeks information that is

22  irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to

23  lead to the discovery of admissible evidence.

24  Subject to and without waiving any of the above objections, OST responds that

25  this information is confidential and would be contrary to Russian law to disclose or

26  violate the confidentiality agreements.

18676-18676-00001\MCS\AKH\2245751.2

**Interrogatory No. 21**:

Describe in detail OST Group's connection to or presence in New York state.

**Answer:**

OST objects to this Interrogatory to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it maintains a business mailing address in New York.

## REQUESTS FOR DOCUMENTS

**Request No. 1:**

Produce all Content that was ever posted or published on each of the Websites.

**Response:**

OST objects to this Request to the extent it requests documents or things that are already in Defendants' possession or are publicly available. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 2:**

Produce all Communications between You and plaintiff Larissa Yudina, or anyone acting on her behalf, relating to the Websites or their Content.

**Response:**

OST objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 3**:

Produce all Communications between You and plaintiff Larissa Yudina, or anyone acting on her behalf, relating to the Domains.

**Response:**

OST objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

18676-18676-00001\MCS\AKH\2245751.2

**Request No. 4**:

Produce all Communications between You and plaintiff OST Group, or anyone acting on its behalf, relating to the Websites or their Content.

**Response:**

OST assumes that Defendants intended to write "plaintiff Felix Sater" but inadvertently wrote "plaintiff OST Group." If so, Plaintiff objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 5**:

Produce all Communications between You and plaintiff OST Group, or anyone acting on its behalf, relating to the Domains.

**Response:**

OST assumes that Defendants intended to write "plaintiff Felix Sater" but inadvertently wrote "plaintiff OST Group." If so, OST objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

JABURG|WILK
Attorneys at Law

1    Subject to and without waiving any of the above objections, OST responds that it

2  will produce non-privileged, responsive documents within its possession, custody, or

3  control, if any.

4

5  **Request No. 6**:

6    Produce all Communications between You and Konstantin Yudin, or anyone

7  acting on his behalf, relating to the Websites or their Content.

8  **Response:**

9    OST objects to this Request to the extent it requests documents or things that are

10 protected by the attorney-client privilege and/or constitute attorney work product. OST

11 also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

12 relevant time or scope, and seeks information that is irrelevant to any party's claims or

13 defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

14 evidence.

15    Subject to and without waiving any of the above objections, OST responds that it

16 will produce non-privileged, responsive documents within its possession, custody, or

17 control, if any.

18

19 **Request No. 7**:

20    Produce all Communications between You and Konstantin Yudin, or anyone

21 acting on his behalf, relating to the Domains.

22 **Response:**

23    OST objects to this Request to the extent it requests documents or things that are

24 protected by the attorney-client privilege and/or constitute attorney work product. OST

25 also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

26 relevant time or scope, and seeks information that is irrelevant to any party's claims or

JABURG│WILK
Attorneys at Law

1  defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

2  evidence.

3       Subject to and without waiving any of the above objections, OST responds that it

4  will produce non-privileged, responsive documents within its possession, custody, or

5  control, if any.

6

7  **Request No. 8**:

8       Produce all Communications between You and any other Person relating to the

9  Websites or their Content.

10 **Response:**

11      OST objects to this Request to the extent it requests documents or things that are

12 protected by the attorney-client privilege and/or constitute attorney work product. OST

13 also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

14 relevant time or scope, and seeks information that is irrelevant to any party's claims or

15 defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

16 evidence.

17      Subject to and without waiving any of the above objections, OST responds that it

18 will produce non-privileged, responsive documents within its possession, custody, or

19 control, if any.

20

21 **Request No. 9**:

22      Produce all Communications between You and any other Person relating to the

23 Domains.

24 **Response:**

25      OST objects to this Request to the extent it requests documents or things that are

26 protected by the attorney-client privilege and/or constitute attorney work product. OST

JABURG|WILK
Attorneys at Law

1  also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

2  relevant time or scope, and seeks information that is irrelevant to any party's claims or

3  defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

4  evidence.

5      Subject to and without waiving any of the above objections, OST responds that it

6  will produce non-privileged, responsive documents within its possession, custody, or

7  control, if any.

8

**Request No. 10**:

10      Produce all other Communications relating to the Websites or their Content.

11  **Response:**

12      OST objects to this Request to the extent it requests documents or things that are

13  protected by the attorney-client privilege and/or constitute attorney work product. OST

14  also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

15  relevant time or scope, and seeks information that is irrelevant to any party's claims or

16  defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

17  evidence.

18      Subject to and without waiving any of the above objections, OST responds that it

19  will produce non-privileged, responsive documents within its possession, custody, or

20  control, if any.

21

**Request No. 11**:

23      Produce all other Communications relating to the Domains.

24  **Response:**

25      OST objects to this Request to the extent it requests documents or things that are

26  protected by the attorney-client privilege and/or constitute attorney work product. OST

JABURG|WILK
Attorneys at Law

1   also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

2   relevant time or scope, and seeks information that is irrelevant to any party's claims or

3   defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

4   evidence.

5        Subject to and without waiving any of the above objections, OST responds that it

6   will produce non-privileged, responsive documents within its possession, custody, or

7   control, if any.

8

9   **Request No. 12**:

10       Produce all Documents relating to the Domains.

11  **Response**:

12       OST objects to this Request to the extent it requests documents or things that are

13  protected by the attorney-client privilege and/or constitute attorney work product. OST

14  also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

15  relevant time or scope, and seeks information that is irrelevant to any party's claims or

16  defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

17  evidence.

18       Subject to and without waiving any of the above objections, OST responds that it

19  will produce non-privileged, responsive documents within its possession, custody, or

20  control, if any.

21

22  **Request No. 13**:

23       Produce all Communications with or relating to GoDaddy pertaining to the

24  Websites or Domains.

25

26

18676-18676-00001\MCS\AKH\2245751.2

**Response:**

OST objects to this Request to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 14:**

Produce all Documents from GoDaddy relating to the Websites or Domains.

**Response:**

OST objects to this Request to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 15:**

Produce all Communications with Domains By Proxy relating to the Domains.

**Response:**

OST objects to this Request to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to

1  any party's claims or defenses or is otherwise not reasonably calculated to lead to the

2  discovery of admissible evidence.

3       Subject to and without waiving any of the above objections, OST responds that it

4  will produce non-privileged, responsive documents within its possession, custody, or

5  control, if any.

6

7  **Request No. 16:**

8       Produce all Documents provided to you by Domains By Proxy.

9  **Response:**

10       OST objects to this Request to the extent it is overbroad, unduly burdensome,

11  lacks specificity as to relevant time or scope, and seeks information that is irrelevant to

12  any party's claims or defenses or is otherwise not reasonably calculated to lead to the

13  discovery of admissible evidence.

14       Subject to and without waiving any of the above objections, OST responds that it

15  will produce non-privileged, responsive documents within its possession, custody, or

16  control, if any.

17

18  **Request No. 17:**

19       Produce all Documents and Communications constituting, evidencing, or relating

20  to advertisements or offers pertaining to creation of content for the Websites or content

21  related to Defendants.

22  **Response:**

23       OST objects to this Request to the extent it requests documents or things that are

24  publicly available. OST also objects to the extent it is overbroad, unduly burdensome,

25  lacks specificity as to relevant time or scope, is vague and ambiguous with respect to the

26  phrase "advertisements or offers pertaining to creation of content," and seeks

JABURG|WILK
Attorneys at Law

1  information that is irrelevant to any party's claims or defenses or is otherwise not

2  reasonably calculated to lead to the discovery of admissible evidence.

3          Subject to and without waiving any of the above objections, OST responds that it

4  will produce non-privileged, responsive documents within its possession, custody, or

5  control, if any.

6

7  **Request No. 18:**

8          Produce all Communications between or among Plaintiffs referring to,

9  mentioning, or otherwise relating to Defendants.

10 **Response:**

11         OST objects to this Request to the extent it requests documents or things that are

12 protected by the attorney-client privilege and/or constitute attorney work product. OST

13 also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

14 relevant time or scope, and seeks information that is irrelevant to any party's claims or

15 defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

16 evidence.

17         Subject to and without waiving any of the above objections, OST responds that it

18 will produce non-privileged, responsive documents within its possession, custody, or

19 control, if any.

20

21 **Request No. 19:**

22         Produce all Documents referring to, mentioning, or otherwise relating to

23 Defendants.

24 **Response:**

25         OST objects to this Request to the extent it requests documents or things that are

26 protected by the attorney-client privilege and/or constitute attorney work product. OST

1  also objects to the extent it requests documents or things that are already in Defendants'

2  possession or are publicly available. OST further objects to the extent it is overbroad,

3  unduly burdensome, lacks specificity as to relevant time or scope, and seeks information

4  that is irrelevant to any party's claims or defenses or is otherwise not reasonably

5  calculated to lead to the discovery of admissible evidence.

6       Subject to and without waiving any of the above objections, OST responds that it

7  will produce non-privileged, responsive documents within its possession, custody, or

8  control, if any.

9

**Request No. 20**:

11      Produce all Communications between You and any other Persons referring to,

12  mentioning, or otherwise relating to Defendants.

13  **Response:**

14      OST objects to this Request to the extent it requests documents or things that are

15  protected by the attorney-client privilege and/or constitute attorney work product. OST

16  also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to

17  relevant time or scope, and seeks information that is irrelevant to any party's claims or

18  defenses or is otherwise not reasonably calculated to lead to the discovery of admissible

19  evidence.

20      Subject to and without waiving any of the above objections, OST responds that it

21  will produce non-privileged, responsive documents within its possession, custody, or

22  control, if any.

23

**Request No. 21**:

25  Produce all Documents constituting, evidencing, or relating to content for the Websites.

26

18676-18676-00001\MCS\AKH\2245751.2

**Response:**

OST objects to this Request to the extent it requests documents or things that are already in Defendants' possession or are publicly available. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 22:**

Produce all Documents constituting, evidencing, or relating to money exchanged between or among Plaintiffs.

**Response:**

OST objects to this Request to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that she will produce non-privileged, responsive documents within her possession, custody, or control, if any.

**Request No. 23:**

Produce all Documents constituting, evidencing, or relating to information that supports any statements contained in any article or posting made on the Websites.

**Response:**

OST objects to this Request to the extent it requests documents or things that are already in Defendants' possession or are publicly available. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 24:**

Produce all Documents constituting, evidencing, or relating to information that contradicts any statements contained in any article or posting made on the Websites.

**Response:**

OST objects to this Request to the extent it requests documents or things that are already in Defendants' possession or are publicly available. OST also objects to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 25:**

Produce all invoices, bills, or receipts relating to the Websites.

**Response:**

OST objects to this Request to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 26**:

Produce all invoices, bills, or receipts relating to the Domains.

**Response:**

OST objects to this Request to the extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope, and seeks information that is irrelevant to any party's claims or defenses or is otherwise not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 27**:

Produce copies of each and every article, posting, or other Content that has ever appeared on the Websites.

**Response:**

OST objects to this Request to the extent it requests documents or things that are already in Defendants' possession or are publicly available. OST also objects to the

18676-18676-00001\MCS\AKH\2245751.2

1  extent it is overbroad, unduly burdensome, lacks specificity as to relevant time or scope,

2  and seeks information that is irrelevant to any party's claims or defenses or is otherwise

3  not reasonably calculated to lead to the discovery of admissible evidence.

4      Subject to and without waiving any of the above objections, OST responds that it

5  will produce non-privileged, responsive documents within its possession, custody, or

6  control, if any.

7

8  **Request No. 28**:

9      Produce any Documents constituting, evidencing, or relating to the transfer or

10  any of the Domains or Websites.

11  **Response:**

12      OST objects to this Request to the extent it is overbroad, unduly burdensome,

13  lacks specificity as to relevant time or scope, and seeks information that is irrelevant to

14  any party's claims or defenses or is otherwise not reasonably calculated to lead to the

15  discovery of admissible evidence.

16      Subject to and without waiving any of the above objections, OST responds that it

17  will produce non-privileged, responsive documents within its possession, custody, or

18  control, if any.

19

20  **Request No. 29**:

21      Produce all Documents supporting your assertion in paragraph 16 that, "[i]n

22  2014, the legally registered Disputed Domains were transferred to OST Group, who

23  became the registrant thereafter."

24  **Response:**

25      OST responds that it will produce non-privileged, responsive documents within

26  its possession, custody, or control, if any

18676-18676-00001\MCS\AKH\2245751.2

**Request No. 30**:

Produce all Documents that You intend to use or introduce at any deposition, trial, hearing, mediation, arbitration or other proceeding in this matter.

**Response:**

OST objects to this Request to the extent it is premature. Discovery has only recently begun and OST has not yet determined all of the Documents she intends to introduce at any deposition, trial, hearing, mediation, arbitration or other proceeding in this matter.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 31**:

Produce all Documents that You reviewed or relied upon in drafting your responses to any Discovery Requests served by Defendants in the above-captioned action, and/or Documents that otherwise support your responses.

**Response:**

OST objects to this Request to the extent it requests documents or things that are protected by the attorney-client privilege and/or constitute attorney work product.

Subject to and without waiving any of the above objections, OST responds that it will produce non-privileged, responsive documents within its possession, custody, or control, if any.

**Request No. 32:**

Produce all Documents constituting or relating to any insurance policies held by you that may offer coverage for any matter relating to this lawsuit.

**Response:**

OST responds that there are no applicable insurance policies held by it that may offer coverage for matters relating to this lawsuit as pleaded.

**Request No. 33:**

For any expert You intend to call as a witness at the trial, arbitration, mediation or other proceeding in this matter:

- • A copy of the expert's curriculum vitae;
- • A list of each article and/or report written by that expert;
- • All Documents constituting, referring to, or relating to any opinions or conclusions reached by that expert regarding this case;
- • All Documents relied upon by Your expert witnesses in forming their opinion(s)
- • All Documents constituting, referring to, or relating to any Communications between You and the expert; and
- • A list of every case in which the expert was retained to testify, generated a report, or otherwise provide expert advice since January 1, 2010.

**Response:**

OST objects to this Request as premature. OST has not yet retained any experts in this case. If OST chooses to retain any experts, OST will supplement this response as required under the Federal Rules of Civil Procedure and this Court's scheduling and other applicable orders.

JABURG|WILK
Attorneys at Law

**Request No. 34:**

Produce all Documents identified or referenced in your Rule 26(a)(1) disclosures.

**Response:**

OST responds that it will produce non-privileged documents identified or referenced in the disclosures that are currently within its possession, custody, or control.

DATED this 22nd day of November, 2016.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
Michael B. Dvoren
Aaron K. Haar
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
*Attorneys for Plaintiffs/Counterdefendants*

Copy of the foregoing
mailed and emailed this 22nd
day of November, 2016, to:

Gregory B. Collins
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com

18676-18676-00001\MCS\AKH\2245751.2

1  Adam C. Sherman
2  VORYS, SATER, SEYMOUR AND PEASE LLP
   301 East Fourth Street
3  Suite 3500, Great American Tower
   Cincinnati, Ohio 45202
4  acsherman@vorys.com
   *Attorneys for Defendants/Counterclaimants*
5
6
7  /s/Debra Gower
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

18676-18676-00001\MCS\AKH\2245751.2

Maria Crimi Speth
Michael B. Dvoren
Aaron K. Haar

3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
*Attorneys for*
*Plaintiffs/Counterdefendants*


## VERIFICATION

I, Larissa Yudina, am the owner of OST Group, which is a Plaintiff in the matter of **Yudina v. Kriss, Case No. 2:16-cv-00932-DJH**.  I verify that I have read **Plaintiff OST Group's Responses to Defendant's First Set of Interrogatories** in this case and know the contents thereof.  I hereby also verify that the matters stated within **Plaintiff OST Group's Responses to Defendant's First Set of Interrogatories** are true in substance and in fact.

DATED this _21_ day of _NOVEMBER_, 2016.

_____

Larissa Yudina, on behalf of OST
Group




Original of the foregoing
mailed and emailed this 22d
day of November, 2016, to:

Gregory B. Collins
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251

# EXHIBIT 6


Identity for everyone

                                                                                    WHOIS

DOMAINS      HOSTING      CLOUD      WEBSITES      EMAIL      SECURITY      WHOIS      SUPPORT                  LOGIN         0
                                        NEW

## jodykriss.today                                        Updated 2 hours ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | jodykriss.today |
| Registration Date: | 2016-06-25 |
| Expiration Date: | 2017-06-25 |
| Updated Date: | 2017-01-06 |
| Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | ns14.domaincontrol.com |
| | ns13.domaincontrol.com |

**.website**

~~$21.88~~  $**1.48**

BUY NOW

*Offer ends on 28th February UTC

**Hot Deals!**

**.in**

.IN @ $3.88 ~~$9.88~~

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Larissa Yudina |
| Street: | 565 Plandome Road Suite 144 |
| City: | Manhasset |
| State: | NY |
| Postal Code: | 11030 |
| Country: | US |
| Phone: | +1.9857878747 |
| Email: | **kyudin11@gmail.com** |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Larissa Yudina |
| Street: | 565 Plandome Road Suite 144 |
| City: | Manhasset |
| State: | NY |
| Postal Code: | 11030 |
| Country: | US |
| Phone: | +1.9857878747 |
| Email: | **kyudin11@gmail.com** |


**Web Hosting**

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Larissa Yudina |
| Street: | 565 Plandome Road Suite 144 |
| City: | Manhasset |
| State: | NY |
| Postal Code: | 11030 |
| Country: | US |
| Phone: | +1.9857878747 |
| Email: | **kyudin11@gmail.com** |

### RAW WHOIS DATA

```
Domain Name: jodykriss.today
Registry Domain ID: 420649e19f704b3fbe3e04608b1875b2-DONUTS
Registrar WHOIS Server: who.godaddy.com/
Registrar URL: http://www.godaddy.com/domains/search.aspx?ci=8990
Updated Date: 2017-01-06T00:59:18Z
Creation Date: 2016-06-25T11:31:59Z
Registry Expiry Date: 2017-06-25T11:31:59Z
Registrar: GoDaddy, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
```

```
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: 400cb014ccf34cefb3ed86029b25d780-DONUTS
Registrant Name: Larissa Yudina
Registrant Organization:
Registrant Street: 565 Plandome Road Suite 144
Registrant City: Manhasset
Registrant State/Province: NY
Registrant Postal Code: 11030
Registrant Country: US
Registrant Phone: +1.9857878747
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: kyudin11@gmail.com
Registry Admin ID: 5276924a2276406495302932a20c8c35-DONUTS
Admin Name: Larissa Yudina
Admin Organization:
Admin Street: 565 Plandome Road Suite 144
Admin City: Manhasset
Admin State/Province: NY
Admin Postal Code: 11030
Admin Country: US
Admin Phone: +1.9857878747
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kyudin11@gmail.com
Registry Tech ID: e608e2ff4bf84168be50b64e39fb8d55-DONUTS
Tech Name: Larissa Yudina
Tech Organization:
Tech Street: 565 Plandome Road Suite 144
Tech City: Manhasset
Tech State/Province: NY
Tech Postal Code: 11030
Tech Country: US
Tech Phone: +1.9857878747
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kyudin11@gmail.com
Name Server: ns14.domaincontrol.com
Name Server: ns13.domaincontrol.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-02-09T11:14:59Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of Use: Users accessing the Donuts WHOIS service must agree to use the data only
for lawful purposes, and under under no circumstances use the data to: Allow, enable,
or otherwise support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than the
registrar's own existing customers. Enable high volume, automated, electronic
processes that send queries or data to the systems of Donuts or any ICANN-accredited
registrar, except as reasonably necessary to register domain names or modify existing
registrations. When using the Donuts Whois service, please consider the following: The
Whois service is not a replacement for standard EPP commands to the SRS service. Whois
is not considered authoritative for registered domain objects. The Whois service may
be scheduled for downtime during production or OT&E maintenance periods. Queries to
the Whois services are throttled. If too many queries are received from a single IP
address within a specified time, the service will begin to reject further queries for
a period of time to prevent disruption of Whois service access.
```

## related domain names

godaddy.com    icann.org    gmail.com    domaincontrol.com

| Domains | Hosting & Products | Follow us |
|---|---|---|
| Register Domain Name | Linux Hosting | |
| View Domain Pricing | Windows Hosting | |
| Bulk Domain Register | Linux Reseller Hosting | Enter a Domain Name |
| Bulk Domain Transfer | Windows Reseller Hosting | |
| Whois Lookup | Virtual Private Servers | |
| Name Suggestion Tool | Dedicated Servers | |

Free with Every Domain

Domain Offers

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

Managed Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

SSL Certificates

Sitelock

Codeguard

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

LOGIN        OR

CREATE AN ACCOUNT

.space

Get your .SPACE at just
$1.48!

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement

# EXHIBIT 7

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

JODY L. KRISS,                    :        CASE NO. A1502350

    Plaintiff,                   :        JUDGE MEGAN SHANAHAN

vs.                              :

REVIEWER 1, et al.,              :        <u>AFFIDAVIT OF KONSTANTIN YUDIN</u>

    Defendants.                  :

Russian Federation              :
Moscow Oblast                   : SS.
City of Moscow                  :

    KONSTANTIN YUDIN, being duly sworn according to law, states as follows:

    1.     I am an owner and manager of Unnamed Defendant, OST Group ("OST") in the above captioned action.

    2.     I am over the age of 18 and am competent to make this affidavit.

    3.     I have personal knowledge of the matters stated herein.

    4.     OST is a Russian corporation. A true and accurate copy of OST's Articles of Incorporation is attached as Exhibit "A."

    5.     OST is an Internet marketing and consulting firm with its principal place of business in Moscow, Russian Federation.

    6.     OST maintains a presence in Manhasset, New York.

    7.     OST does not have any physical presence in Ohio.

    8.     OST does not have any customers in Ohio.

    9.     OST has never contracted to supply services or goods in Ohio.

    10.    OST does not derive any revenue from Ohio.

1

11.   OST does not have an interest in real property in Ohio.

12.   OST does not contract to insure any persons or property in Ohio.

13.   OST is not licensed to do business in Ohio.

14.   OST does not have any agent for service of process in Ohio.

15.   OST does not solicit business in Ohio through a local office or agents.

16.   OST does not send agents into Ohio on a regular basis to solicit business.

17.   OST does not have a bank account in Ohio.

18.   OST does not advertise in Ohio.

19.   Plaintiff, Jody L. Kriss ("Plaintiff") is a resident of New York. He is a commercial real estate developer who, to the best of my knowledge, primarily conducts business in the state of New York and the New York City metropolitan area.

20.   Plaintiff has been a party in significant litigation in New York state and federal courts relating to his past business transactions as an executive and co-founder of BayRock Group, LLC, and later as an executive at East River Partners, LLC.

21.   OST is the owner of and maintains the following domain names: eastriverpartnersny.com, jodykriss.com, jodykriss.info, jodykriss.org, jodykriss.net, theeastriverpartners.com, jodylkriss.net, eastriverpartners.info, eastriverpartnersllc.com, jodylkriss.org, jodylkriss.info, jodylkriss.com, and eastriverpartners.net.

22.   OST is the re-publisher of all "reviews" from the above websites, and is also the original poster of several other "reviews" described in Plaintiff's Complaint (the "Posts").

23.   The Posts report and comment on several lawsuits filed by and against Plaintiff in New York state and federal courts.

2

24.    The Posts specifically report and comment on allegations made against Plaintiff in certain lawsuits, including allegations that Plaintiff is a serial litigator and has close connections with criminal organizations.

25.    The lawsuits which the Posts comment and report on include:

- *Kriss v. BayRock Group, LLC*, Supreme Court of New York, County of New York, Case No. 651715-2013. A true and accurate copy of the complaint is attached as Exhibit "B."

- *Kriss v. Lombardi*, Supreme Court of New York, County of Queens, Case No. 701759-2014. A true and accurate copy of the complaint is attached as Exhibit "C."

- *Kriss v. BayRock Group, LLC*, United States District Court, Southern District of New York, Case No. 1:10-cv-03959-LGS-FM. A true and accurate copy of the most recent decision and order is attached as Exhibit "D."

- *Lauria v. Kriss*, Supreme Court of New York, County of New York, Case No. 152324-2014. A true and accurate copy of the complaint is attached as Exhibit "E."

- *Estate of Ernest Gottdiener v. Sater*, United States District Court, Southern District of New York, Case No. 1:13-cv-01824-LGS. A true and accurate copy of the complaint is attached as Exhibit "F."

- *Brun v. ERP Park Slope, LLC*, Supreme Court of New York, County of New York, Case No. 158668-2014. A true and accurate copy of the complaint is attached as Exhibit "G."

26.    A true and accurate copy of a New York Post article dated March 16, 2014 and titled "Mob rat says Ivy League business partner tried to whack him" is attached as Exhibit "H."

27.     A true and accurate copy of an article reported by the Associated Press dated December 4, 2015 and titled "Misconduct allegations follow Trump associate with mob past" is attached as Exhibit "I."

28.     None of the Posts refer or relate to any business which Plaintiff allegedly conducts in Ohio.

29.     None of the Posts specifically refer to or are directed towards any Ohio residents, businesses, or entities.

30.     None of the Posts were made for the purpose of advertising, selling products or services, or otherwise engaging in any sort of commercial activity.

31.     OST never received any notification of the pendency of the above captioned action until late December 2015.

32.     When OST discovered the existence of the order issued by the Hamilton County Court of Common Pleas in December 2015, OST attempted to have Google re-index the Posts. OST's efforts were unsuccessful.

33.     OST never received any summons, complaint or other form of service of process for the above captioned action.


[Remainder of page is intentionally left blank]

Further Affiant sayeth naught.

_____
KONSTANTIN YUDIN

SWORN TO BEFORE ME and subscribed in my presence this _____ day of

_____, 2016.


_____
Notary Public

АПОСТИЛЬ

(Convention de la Haye du 5 octobre 1961)

1. Страна ..... Российская Федерация .........
   Настоящий официальный документ
2. был подписан (фамилия) ..... Щепкиным Е.Б. .......
3. выступающим в качестве ..... нотариуса г. Москвы ...
4. скреплен печатью / штампом (название учреждения)
   ..... нотариальная контора г. Москвы ....
   Удостоверено
5. в г. .... Москве .... 6. (дата) .. 15.03.2016г.
   ..... (наименование заверяющего органа) ..... нотариальная ...
   ..... контора г. Москвы ....
   подпись ..... [signature]

# EXHIBIT 8

 **Whois** Identity for everyone

[                    ]    WHOIS

DOMAINS    HOSTING    CLOUD<sup>NEW</sup>    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN    0

## JODYKRISS.COM

### jodykriss.com
Updated 9 hours ago ↻

**DOMAIN INFORMATION**

| | |
|---|---|
| Domain: | jodykriss.com |
| Registrar: | GODADDY.COM, LLC |
| Registration Date: | 2012-07-10 |
| Expiration Date: | 2017-07-10 |
| Updated Date: | 2016-07-11 |
| Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | ns13.domaincontrol.com |
| | ns14.domaincontrol.com |

**REGISTRANT CONTACT**

| | |
|---|---|
| Name: | Felix Sater |
| Street: | 130 Shore Road |
| | Suite 200 |
| City: | port washington |
| State: | New York |
| Postal Code: | 11050 |
| Country: | US |
| Phone: | +1.9176042000 |
| Email: | kyudin11@gmail.com |

**ADMINISTRATIVE CONTACT**

| | |
|---|---|
| Name: | Felix Sater |
| Street: | 130 Shore Road |
| | Suite 200 |
| City: | port washington |
| State: | New York |
| Postal Code: | 11050 |
| Country: | US |
| Phone: | +1.9176042000 |
| Email: | kyudin11@gmail.com |

**TECHNICAL CONTACT**

| | |
|---|---|
| Name: | Felix Sater |
| Street: | 130 Shore Road |
| | Suite 200 |
| City: | port washington |
| State: | New York |
| Postal Code: | 11050 |
| Country: | US |
| Phone: | +1.9176042000 |
| Email: | kyudin11@gmail.com |

**RAW WHOIS DATA**

```
Domain Name: JODYKRISS.COM
Registry Domain ID: 1732972689_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2016-07-11T08:00:20Z
```

**.website**
~~$21.88~~ **$1.48**
BUY NOW
*Offer ends on 28th February UTC

**Hot Deals!**

.ME @ $4.88 ~~$18.88~~


**Web Hosting**
Easy. Reliable. Affordable.
**View Plans**
Starts @ $3.88/mo

```
Creation Date: 2012-07-10T16:01:30Z
Registrar Registration Expiration Date: 2017-07-10T16:01:30Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Felix Sater
Registrant Organization:
Registrant Street: 130 Shore Road
Registrant Street: Suite 200
Registrant City: port washington
Registrant State/Province: New York
Registrant Postal Code: 11050
Registrant Country: US
.Registrant Phone: +1.9176042000
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: kyudin11@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Felix Sater
Admin Organization:
Admin Street: 130 Shore Road
Admin Street: Suite 200
Admin City: port washington
Admin State/Province: New York
Admin Postal Code: 11050
Admin Country: US
Admin Phone: +1.9176042000
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kyudin11@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Felix Sater
Tech Organization:
Tech Street: 130 Shore Road
Tech Street: Suite 200
Tech City: port washington
Tech State/Province: New York
Tech Postal Code: 11050
Tech Country: US
Tech Phone: +1.9176042000
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kyudin11@gmail.com
Name Server: NS13.DOMAINCONTROL.COM
Name Server: NS14.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-02-09T11:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

## related domain names

godaddy.com     domaincontrol.com     icann.org     gmail.com     internic.net

## Domains

Register Domain Name
View Domain Pricing
Bulk Domain Register
Bulk Domain Transfer
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
Codeguard

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us 

Enter a Domain Name

LOGIN        OR        CREATE AN ACCOUNT



Get your .SPACE at just
**$1.48!**

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement

# EXHIBIT 9

**Google** Maps    130 Shore Rd, Port Washington, NY 11050 to 565    Drive 3.5 miles, 10 min
Plandome Rd, Manhasset, NY 11030



Map data ©2017 Google    1 mi

**via N Plandome Rd and Plandome Rd**                                  10 min
Fastest route, despite the usual traffic                                3.5 miles

🚩 5:32 PM—6:23 PM                                                      51 min
🚌 n23    🚌 n20H    🚶

🚩 6:03 PM—6:36 PM                                                      33 min
🚌 n23    🚈 Port Washington    🚶

UNITED STATES DISTRICT COURT

FOR THE DISTRICT O F ARIZONA

*Yudina et al.*
*v.*
*Kriss et al.*

Case No.  2:16-CV-00932-DJH

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF LARISSA YUDINA AND OST GROUP (Dkt. 36.)**

**Exhibit B:**  Declaration of Jody Kriss

Gregory B. Collins (#023154)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gbc@kflawaz.com

Adam C. Sherman (pro hac vice)
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202
Phone: (513) 723-4680
Fax: (513) 852-8468
acsherman@vorys.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LARISSA YUDINA, an individual; FELIX SATER, an individual; and OST GROUP, a foreign entity;<br><br>       Plaintiffs,<br><br>   vs.<br><br>JODY KRISS, an individual; and EAST RIVER PARTNERS, LLC, a foreign corporation; (posting on various websites)<br><br>     Defendants. | Case No. 2:16-cv-00932-DJH<br><br>**DECLARATION OF JODY KRISS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF LARISSA YUDINA AND OST GROUP (Dkt. 36.)** |

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

I, Jody Kriss, declare and state as follows:

1.     I am over 18 years of age and, unless otherwise specified, the matters set forth herein are based upon my personal knowledge. If called to testify, I could testify to these facts.

2.     I have never met and have no acquaintance with any individuals named Larissa Yudina or Konstantin Yudin. Likewise I have no acquaintance with an entity called OST Group.

3.     The first time I had ever heard of Larissa Yudina, Konstantin Yudin and OST Group was when I investigated who was behind the creation of the internet domains that are the subject of the above-captioned lawsuit.

FURTHER DECLARANT SAETH NAUGHT.

I declare under penalty of perjury under the laws of the United States of America and the state of Arizona that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed this 9th day of February 2017 at New York, New York.

_____
Jody Kriss

Kerosmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001