**NOT FOR PUBLICATION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Larissa Yudina, et al.,

Plaintiffs,

v.

Jody Kriss, et al.,

Defendants.

No. CV-16-00932-PHX-DJH

**ORDER**

Pending before the Court is Plaintiff Larissa Yudina's Rule 41(a)(2) Motion to Dismiss her Claim for Declaratory Relief (Doc. 41), served and filed on May 12, 2017. No response has been filed and the time to do so has passed. *See* LRCiv 7.2(c) (opposing party has 14 days after service in which to serve and file a responsive memorandum). LRCiv 7.2(i) states in pertinent part that if "counsel does not serve and file the required answering memoranda, . . . , such non-compliance may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motions summarily." In accordance with that Rule, the Court summarily grants Plaintiff's motion. Accordingly,

**IT IS HEREBY ORDRED** that Plaintiff Larissa Yudina's Rule 41(a)(2) Motion to Dismiss her Claim for Declaratory Relief (Doc. 41) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Larissa Yudina shall be dismissed immediately as a Plaintiff in this action.

**IT IS FINALLY ORDERED** that the single claim against Plaintiff Larissa Yudina for declaratory judgment also shall be dismissed immediately.

**Dated** this 31st day of May, 2017.

Honorable Diane J. Humetewa
United States District Judge