**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Michael B. Dvoren (027386)
mbd@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

*Attorneys for Plaintiffs/Counterdefendants*
*Felix Sater and OST Group*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larissa Yudina, an individual; Felix Sater, an individual; and OST Group, a foreign entity; | Case No.: 2:16-cv-00932-DJH |
| Plaintiffs/Counterdefendants, | **APPLICATION TO WITHDRAW AS COUNSEL FOR FELIX SATER AND OST GROUP (WITHOUT CLIENT CONSENT)** |
| v. | |
| Jody Kriss, an individual; and East River Partners, LLC, a foreign corporation; | (Hon. Diane J. Humetewa) |
| Defendants/Counterclaimants. | |

Pursuant to LRCiv 83.3(b)(2), Maria Crimi Speth, Michael B. Dvoren, and Aaron K. Haar of Jaburg & Wilk, P.C. (collectively, "Counsel") apply to withdraw as counsel for Plaintiffs/Counterdefendants Felix Sater and OST Group in the above-captioned action. Robert S Wolf of Moses & Singer LLP will continue to represent Sater and OST Group in this action.

The reason for Counsel's application to withdraw is that Sater and OST Group have failed substantially to fulfill an obligation to Counsel regarding our services and

18676-18676-00001\MBD\MBD\2914026.1

they have been given reasonable warning that we will withdraw unless the obligation is fulfilled (see E.R. 1.16(5)).

Because this Motion "does not bear the written approval of the client," in accordance with LRCiv 83.3(b)(2), this Motion is being served upon Sater and OST Group all other parties or their attorneys.

Also in accordance with LRCiv 83.3(b)(2), undersigned counsel hereby certifies that Sater and OST Group have been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

All future filings, correspondence, and other documents pertaining to this action should be sent to Sater's and OST Group's remaining counsel, Robert S Wolf of Moses & Singer LLP at:

*405 Lexington Ave., 12th Fl., New York, NY 10174*

*212-554-7800*

*rwolf@mosessinger.com*

A proposed order accompanies this motion.

Respectfully submitted this 8th day of December, 2017.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
Michael B. Dvoren
Aaron K. Haar
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012

*Attorneys for Plaintiffs/Counterdefendants Felix Sater and OST Group*

2

*Certificate of Service*

I hereby certify that on December 8, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert S Wolf (admitted *pro hac vice*)
Moses & Singer LLP
405 Lexington Ave., 12th Fl.
New York, NY 10174
rwolf@mosessinger.com
*Attorneys for Plaintiffs/Counterdefendants*
*Felix Sater and OST Group*

Gregory B. Collins
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
gbc@kflawaz.com

Adam C. Sherman
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202
acsherman@vorys.com

Bradley D Simon
J. Evan Shapiro
SIMON & PARTNERS LLP
551 5th Ave.
New York, NY 10176
212-332-8900
Fax: 212-332-8909
bradsimon@simonlawyers.com
eshapiro@simonlawyers.com

*Attorneys for Defendants/Counterclaimants*

Copy of the foregoing mailed this 8th day of December, 2017, to:

Felix Sater
130 Shore Road
Suite 200
Port Washington, NY  11050

3

18676-18676-00001\MBD\MBD\2914026.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

OST Group
c/o Konstantin Yudin
Krylatskye Holmy 32 Corpus 1, apt 66
Moscow 121614, Russia

/s/Debra Gower

4

18676-18676-00001\MBD\MBD\2914026.1