IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larissa Yudina, et al., | No. CV-16-00932-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Jody Kriss, et al., | |
| Defendants. | |

This matter is before the Court on its own review of case deadlines. The Court previously ordered the parties to file their stipulated proposed discovery deadlines or a Notice of Settlement by December 11, 2017. (Doc. 61). To date, no proposed discovery deadlines or Notice of Settlement has been filed, and the time to do so has passed.

Accordingly,

IT IS ORDERED that Plaintiffs file a <u>Status Report</u> to the Court no later than <u>Friday, January 26, 2018</u>.

Dated this 16th day of January, 2018.

Honorable Diane J. Humetewa
United States District Judge