

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Phone: (212) 554-7825
E-Mail: rwolf@mosessinger.com

January 26, 2018

**VIA ECF**

Hon. Diane J. Humetewa
United States District Court, District of Arizona
Sandra Day O'Connor U.S. Courthouse, Ste. 625
401 West Washington Street, SPC 81
Phoenix, AZ 85003-2161

Re: *Yudina et al. v. Kriss et al.*, 16-cv-00932-DJH (D. Ariz.)

Dear Judge Humetewa:

    We are counsel *pro hac vice* to Plaintiffs in the above-captioned action and write in accordance with the Court's Order dated January 16, 2018 which directs Plaintiffs to file a Status Report with the Court by today's date.

    The parties continue to be engaged in settlement discussions and are very close to reaching a global settlement of their disputes, including this action. We anticipate that a final settlement will be reached within the coming days, at which time Plaintiffs will voluntarily dismiss this action.

    The Court's consideration is greatly appreciated.

Respectfully,

Robert S. Wolf