CONFIDENTIAL FOR SETTLEMENT PURPOSES ONLY
EXECUTION COPY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larisa Yudina, et. al. | |
|      Plaintiffs/Counterdefendants, | Case No.: 2:16-cv-00932-DJH |
|      v. | |
| Jody Kriss, et.al. | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
|      Defendants/Counterclaimants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action that this action, including all of Plaintiff Felix Sater's ("Sater") and OST Group's ("OST") claims against defendants, Jody Kriss ("Kriss") and East River Partners LLC's ("ERP") and Kriss and ERP's counterclaims against Sater and OST are dismissed with prejudice and with each party to bear its own costs.

IT IS FURTHER AGREED that this Stipulation may be signed electronically and in counterparts.

Dated: February ___, 2018

By: BRADLEY DREW SIMON
SIMON AND PARTNERS LLP
551 Fifth Avenue, 31st Floor
New York, NY 10176
Telephone: (212) 332-8900
Facsimile: (212) 332-8909
Email: bradsimon@simonlawyers.com

*Attorneys for Defendant-Counterclaimants*
*Jody L. Kriss and East River Partners LLC*

By: ROBERT S. WOLF
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7825
Facsimile: (212) 554-7700
Email: rwolf@mosessinger.com

*Attorneys for Plaintiff-Counterdefendants*
*Felix Sater and OST Group*